UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Plaintiff** National Union Fire Insurance Company of Pittsburgh PA, as subrogee and assignee of The Rockefeller Foundation

-v-

Anthony McEwan, Frank Melli, Paul Shusterman, Lisa Baker and Lacho Terrazas

**Defendant**

Case No. 07 CIV 7515

JUDGE JONES

**Rule 7.1 Statement**


RECEIVED
AUG 2 4 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for National Union Fire Insurance Company of Pittsburgh PA (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

   AIG (NYSE: AIG)

Date: 8-24-07

Signature of Attorney

Attorney Bar Code: RM0206

Form Rule7_1.pdf