Client: DLS, INC.

Index No.: 07 CIV 7515
Date Purchased:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA as subrogee and
assignee of The Rockefeller
Foundation,

       Plaintiff/Petitioner       AFFIDAVIT OF SERVICE

   -against-

ANTHONY McEWAN, FRANK MELLI,
et al.,
       Defendant/Respondent
----------------------------------------x

STATE OF NY, COUNTY OF Sullivan  SS.: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 21 years of age and resides in the State of NY.

That on 9/5/07 at 1:05 PM., at Woodbourne Correctional Facility deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT** on ANTHONY MCEWAN defendant therein named,

XXX Individual   by delivering a true copy of each to said recepient personally; deponent knew the person so served to be the person described as said recepient therein.
At the time of service, deponent asked whether defendant is in active military service for the United States of America or for the State in any capacity whatever and received a negative reply.

XXX Desc.   Age: 47   Weight: 210   Height: 5'11
       Skin: Black   Hair: Blk/Gray   Sex M
       Other Identifying Features: ___

Sworn to before me this
5th day of September 2007

                                          Amanda Smith, Clerk II

_Rhonda Fox_
RHONDA FOX
Notary Public, State of New York
Sullivan County Clerk's #2433
Commission Expires July 14, 2011