UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
National Union Fire Insurance Company of
Pittsburgh, PA as subrogee and assignee of The
Rockefeller Foundation,
        Plaintiff(s),

-against-

Anthony McEwan, Frank Melli, Paul Shusterman
Lisa Baker and Lacho Terrazas,
        Defendant(s).
------------------------------------------------------------X

Judge Jones
Index No. 07 CIV 7515

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                     S.S.:
COUNTY OF NEW YORK)

       TIMOTHY M. BOTTI, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS., Inc., and is not a party to this action.

       That on the 30th day of August 2007, at approximately the time of 6:05 p.m., deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, ELECTRONIC FILING INSTRUCTIONS AND JUDGES' RULES** upon Paul Shusterman at 625 Hudson Terrace Cliffside Park, NJ 07020. No answer was received when deponent rang the bell and knocked on the door.

       That on the 1st day of September 2007, at approximately the time of 9:50 a.m., deponent again attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, ELECTRONIC FILING INSTRUCTIONS AND JUDGES' RULES** upon Paul Shusterman at 625 Hudson Terrace Cliffside Park, NJ 07020, again no answer was received when deponent rang the bell and knocked on the door.

       That on the 4th day of September 2007, at approximately the time of 9:00 p.m., deponent again attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, ELECTRONIC FILING INSTRUCTIONS AND JUDGES' RULES** upon Paul Shusterman at 625 Hudson Terrace Cliffside Park, NJ 07020, again no answer was received when deponent rang the bell and knocked on the door.

That on the 6th day of September 2007, at approximately the time of 8:20 a.m., deponent again attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, ELECTRONIC FILING INSTRUCTIONS AND JUDGES' RULES** upon Paul Shusterman at 625 Hudson Terrace Cliffside Park, NJ 07020, and again no answer was received when deponent rang the bell and knocked on the door.

That on the 8th day of September 2007, at approximately the time of 11:50 a.m., deponent again attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, ELECTRONIC FILING INSTRUCTIONS AND JUDGES' RULES** upon Paul Shusterman at 625 Hudson Terrace Cliffside Park, NJ 07020, and again no answer was received when deponent rang the bell and knocked on the door.

At that time, therefore, deponent served a true copy of the foregoing papers upon Paul Shusterman by firmly affixing same conspicuously on the bright red wooden with brass mail slot in the middle door at that address

That on the 10th day of September 2007, deponent served another copy of the foregoing upon Paul Shusterman at 625 Hudson Terrace Cliffside Park, NJ 07020, by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York.

_____
TIMOTHY M. BOTTI #843358

Sworn to before me this
11th day of September, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__