UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
National Union Fire Insurance Company of
Pittsburgh, PA as subrogee and assignee of
The Rockefeller Foundation,
        Plaintiff(s),

  -against-

Anthony McEwan, Frank Melli, Paul Shusterman,
Lisa Baker and Lacho Terrazas,
        Defendant(s).
----------------------------------------------------------X

JUDGE JONES
Index No. 07 CIV. 7515

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                      S.S.:
COUNTY OF NEW YORK)

      NELSON CARVAJAL, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS., Inc., and is not a party to this action.

      That on the 30th day of August 2007, at approximately the time of 7:45 p.m., deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, ELECTRONIC FILING INSTRUCTIONS AND JUDGES RULES** upon Frank Melli at 86-02 Park Lane South, 6B5, Woodhaven, NY 11421. No answer was received when deponent rang the buzzer.

      That on the 31st day of August 2007, at approximately the time of 9:16 a.m., deponent again attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, ELECTRONIC FILING INSTRUCTIONS AND JUDGES RULES** upon Frank Melli at 86-02 Park Lane South, 6B5, Woodhaven, NY 11421, again no answer was received when deponent rang the buzzer.

      That on the 1st day of September 2007, at approximately the time of 4:10 p.m., deponent again attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, ELECTRONIC FILING INSTRUCTIONS AND JUDGES RULES** upon Frank Melli at 86-02 Park Lane South, 6B5, Woodhaven, NY 11421, and again no answer was received when deponent rang the buzzer.

That on the 3rd day of September 2007, at approximately the time of 9:25 a.m., deponent again attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, ELECTRONIC FILING INSTRUCTIONS AND JUDGES RULES** upon Frank Melli at 86-02 Park Lane South, 6B5, Woodhaven, NY 11421, and again no answer was received when deponent rang the buzzer.

At that time, therefore, deponent served a true copy of the foregoing papers upon Frank Melli by firmly affixing same conspicuously on the brown front door at that address, the actual place of residence.

That on the 4th day of September 2007, deponent served another copy of the foregoing upon Frank Melli at 86-02 Park Lane South, 6B5, Woodhaven, NY 11421, by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York.

_____
NELSON CARVAJAL #965441

Sworn to before me this
5th day of September, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08