UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
National Union Fire Insurance Company of
Pittsburgh, PA as subrogee and assignee of
The Rockefeller Foundation,
        Plaintiff(s),

JUDGE JONES
Index No. 07 CIV. 7515

-against-

AFFIDAVIT OF SERVICE

Anthony McEwan, Frank Melli, Paul Shusterman,
Lisa Baker and Lacho Terrazas,
        Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK   )
                      S.S.:
COUNTY OF NEW YORK)

        NELSON CARVAJAL, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 30th day of August 2007, at approximately 1:00 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, ELECTRONIC FILING INSTRUCTIONS AND JUDGES RULES** upon Lacho Terrazas at 84-47 118th Street, 3B, Kew Gardens, NY 11415, by personally delivering and leaving the same with Lacho Terrazas at that address. At the time of service, deponent asked Lacho Terrazas whether he is in active military service for the United States of America or for any state in the United States in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        Lacho Terrazas is a Hispanic male, approximately 45 years of age, stands approximately 5 feet 6 inches tall and weighs approximately 175 pounds with brown hair and brown eyes wearing glasses.

_____
NELSON CARVAJAL #965441

Sworn to before me this
5th day of September, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 2008