September 17, 2007

<u>Via: ECF</u>

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312
Attn.: Clerk of the Court

        Re:    National Union Fire Ins. Co. v. Frank Melli, et.al
              Case No.:  07 CIV 7515
              Judge: Jones

Dear Sir/Madam:

Please be advised that this office has been retained to represent the above named defendant Frank Melli.

Kindly note my appearance in this matter.

Thank you for your attention.

        Very truly yours,

        ADDABBO & GREENBERG

        <u>s/Todd D. Greenberg, Esq.</u>

TDG:id