09-27-07  02:40pm  From-MCELROY DEUTSCH MULVANEY & CARPENTER LLP  +2124930706    T-443  P.02/02  F-869
09/26/2007 15:00 FAX 2126820030         KREINIK ASSOC LERD LAW                    ☐002/002

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/07
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA, as subrogee and assignee of
THE ROCKEFELLER FOUNDATION,

        Plaintiff,

- against -

ANTHONY McEWAN, FRANK MELLI, PAUL
SHUSTERMAN, LISA BAKER and LACHO
TERRAZAS,

        Defendants.

-------------------------------------x

Index No. 07-Civ-7515 (BSJ)

**STIPULATION EXTENDING
DEFENDANT'S TIME TO
RESPOND**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that the time for defendant Paul Shusterman to respond to the complaint is extended through and including November 22, 2007.

Dated: New York, New York
       September 26, 2007

LEBOWITZ LAW OFFICE, LLC

By: _____
Marc A. Lebowitz (ML 7381)
275 Madison Avenue, 36th Floor
New York, New York 10016
(212) 682-6818
*Attorneys for Paul Shusterman*

McElroy Deutsch, Mulvaney &
Carpenter, LLP

By: _____
Richard S. Mills (RM 0206)
Brian W. Keatts (BK 2000)
88 Pine Street, 24th Floor
New York, NY 10005
*Attorneys for Plaintiff*

SO ORDERED:

_____
U.S.D.J.
10/5/07