UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURG, PA, a subrogee and assignee of
THE ROCKEFELLER FOUNDATION,

                Plaintiff,

-against-

ANTHONY McEWAN, FRANK MELLI, PAUL
SHUSTERMAN, LISA BAKER and LACHO
TERRAZAS,

                Defendants.

Index No: 07civ7515

**STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for Plaintiff and for Defendant FRANK MELLI, that Defendant FRANK MELLI time to answer or otherwise respond to Plaintiff's Summons and Complaint is hereby adjourned to October 22, 2007. Defendant agrees not to raise an Affirmative Defense of Lack of Jurisdiction.

Dated: Forest Hills, New York
       September 27, 2007

Brian W. Keatts, Esq.
McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
Attorneys for Plaintiff
NATIONAL UNION FIRE INS. CO.
88 Pine Street 24th Fl.
New York, NY 10005
Tel. 212-483-9490

Todd D. Greenberg, Esq.
ADDABBO & GREENBERG
Attorneys for Defendant
FRANK MELLI
118-21 Queens Blvd.
Suite 306
Forest Hills, NY 11375
Tel. 718-268-0400

Application Granted.

SO ORDERED
Dated: 10/12/07
BARBARA S. JONES
U.S.D.J.