UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

NATIONAL UNION FIRE INSURANCE COMPANY OF :
PITTSBURG, PA, as subrogee and assignee of The
Rockefeller Foundation,                             :

              Plaintiff,                            :

        -against-                                 :

ANTHONY MCEWAN, FRANK MELLI, PAUL       :
SHUSTERMAN, LISA BAKER & LACHO TERRAZAS,
                                        :

              Defendants.
                                        :
------------------------------------------------x

07 Civ. 7515 (BSJ) (AJP)

ORDER SCHEDULING
<u>INITIAL PRETRIAL CONFERENCE</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/07

**ANDREW J. PECK, United States Magistrate Judge:**

        IT IS HEREBY ORDERED that a conference is scheduled for November 28, 2007 at 2:00 p.m. before the undersigned in Courtroom 20D (500 Pearl Street).

        The parties are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

        Plaintiff's counsel, Mr. Keatts, is to serve this Order on all defendants or defendants' counsel.

        SO ORDERED.

Dated:      New York, New York
               November 16, 2007

                                            Andrew J. Peck
                                            United States Magistrate Judge

Copies **by fax & ECF** to:    Brian W. Keatts, Esq.
                                      Judge Barbara S. Jones