11-21-07  10:50am  From-MCELROY DEUTSCH MULVANEY & CARPENTER LLP  +2124830708        T-584   P.02/02   F-818

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 11/26/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NATIONAL UNION FIRE INSURANCE COMPANY         Index No. 07-Civ-7515  (BSJ) (AJP)
OF PITTSBURGH, PA, as subrogee and assignee of
THE ROCKEFELLER FOUNDATION,

             Plaintiff,                                                                STIPULATION EXTENDING
                                                                                      DEFENDANT'S TIME TO
     - against -                                                                    RESPOND

ANTHONY McEWAN, FRANK MELLI, PAUL
SHUSTERMAN, LISA BAKER and LACHO
TERRAZAS,

             Defendants.
------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that the time for defendant Paul Shusterman to respond to the complaint is extended through and including December 12, 2007.

Dated: New York, New York
        November 20, 2007

LEBOWITZ LAW OFFICE, LLC                        McElroy Deutsch, Mulvaney &
                                                Carpenter, LLP

By: /s/ Keith Getz                              By: /s/ Brian Keatts
Marc A. Lebowitz (ML 7381)                      Richard S. Mills (RM 0206)
Keith M. Getz (KG 6091)                         Brian W. Keatts (BK 2000)
275 Madison Avenue – 36th Floor                 88 Pine Street, 24th Floor
New York, New York 10016                        New York, NY 10005
(212) 682-6818                                  *Attorneys for Plaintiff*
*Attorneys for Paul Shusterman*

SO ORDERED:

/s/ Barbara S. Jones
U.S.D.J.
11/25/07