Exhibit A

## SCHEDULE A

### GREEN SPHERE, INC.

| Date Employee Gift Received, Employee check number (where available) | Amount of Employee Gift | Date of Foundation Matching Gift, Foundation Matching Check Number | Amount of Foundation Matching Gift |
|---|---|---|---|
| 4/14/1998 | $1,000.00 | 5/27/1998, No. 108407 | $1,000.00 |
| 4/01/1999 | $2,500.00 | 3/20/2000, No. 121305 | $7,500.00 |
| 9/05/1999 | $3,000.00 | 3/20/2000, No. 121306 | $9,000.00 |
| 5/25/2000 | $2,500.00 | 6/20/2000, No. 123067 | $7,500.00 |
| 10/21/2000 | $2,500.00 | 12/15/2000, No. 126820 | $18,000.00* |
| 12/01/2000 | $3,500.00 | | |
| 3/15/2001 | $3,000.00 | 4/24/2001, No. 129921 | $9,000.00 |
| 6/30/2001 | $5,000.00 | 7/18/2001, No. 131810 | $15,000.00 |
| 9/01/2001 | $5,000.00 | 9/24/2001, No. 133438 | $15,000.00 |
| 11/29/2001 | $5,000.00 | 12/05/2001, No. 134862 | $15,000.00 |
| 2/27/2002 | $7,500.00 | 3/07/2002, No. 136986 | $22,500.00 |
| 6/04/2002 | $3,000.00 | 6/19/2002, No. 138829 | $9,000.00 |
| 1/20/2003, No. 2135 | $5,000.00 | 3/03/2003, No. 142762 | $15,000.00 |
| 6/14/2003, No. 104 | $10,000.00 | 7/07/2003, No. 144549 | $30,000.00 |
| 1/15/2004 | $1,400.00 | 3/08/2004, No. 147672 | $7,500.00** |
| 1/26/2004 | $1,100.00 | | |
| 6/14/2004, No. 2178 | $2,500.00 | 7/01/2004, No. 149020 | $7,500.00 |

TOTAL: $188,500.00

* Two payments, of $7,500 and $10,500, were combined into one Foundation check for $18,000.
** Two payments, of $4,200 and $3,300, were combined into one Foundation check for $7,500.
v 2 Green Sphere Inc chart.DOC



THE FACE OF THIS DOCUMENT HAS A MULTICOLORED BACKGROUND ON WHITE PAPER

THE ROCKEFELLER FOUNDATION
420 FIFTH AVENUE · NEW YORK, NY 10018-2702

No. 121305

DATE March 20, 2000    AMOUNT $7,500.00

Seven Thousand Five Hundred Dollars And 00 Cents

PAY TO THE ORDER OF

GREEN SPHERE INCORPORATED

86-02 PARK LANE SOUTH
#6B5
WOODHAVEN, NY  11421

⑈121305⑈ ⑈011302836⑈ 88108220⑈          0000750000



THE FACE OF THIS DOCUMENT HAS A MULTICOLORED BACKGROUND ON WHITE PAPER

THE ROCKEFELLER FOUNDATION
420 FIFTH AVENUE · NEW YORK, NY 10018-2702

No. 121306

DATE March    AMOUNT $9,000.00

Nine Thousand Dollars And 00 Cents

PAY TO THE ORDER OF

GREEN SPHERE INCORPORATED

86-02 PARK LANE SOUTH
#6B5
WOODHAVEN, NY  11421

⑈121306⑈ ⑈011302836⑈ 88108220⑈          0000900000







THE FACE OF THIS DOCUMENT HAS A MULTICOLORED BACKGROUND ON WHITE PAPER

THE ROCKEFELLER FOUNDATION

No. 123067

420 FIFTH AVENUE · NEW YORK, NY 10018-2702

STATE STREET

DATE                    AMOUNT
June                    $7,500.00

Seven Thousand Five Hundred Dollars And 00 Cents

PAY TO THE ORDER OF

GREEN SPHERE INCORPORATED

86-02 PARK LANE SOUTH
#6B5
WOODHAVEN, NY 11421

⑈123067⑈ ⑆011302836⑆ 88108220⑈                    ⑈0000750000⑈

---

THE FACE OF THIS DOCUMENT HAS A MULTICOLORED BACKGROUND ON WHITE PAPER

THE ROCKEFELLER FOUNDATION

No. 126820

420 FIFTH AVENUE · NEW YORK, NY 10018-2702

STATE STREET

DATE                    AMOUNT
December                $18,000.00

Eighteen Thousand Dollars And 00 Cents

PAY TO THE ORDER OF

GREEN SPHERE INCORPORATED

86-02 PARK LANE SOUTH
#6B5
WOODHAVEN, NY 11421

⑈126820⑈ ⑆011302836⑆ 88108220⑈                    ⑈0001800000⑈







THE FACE OF THIS DOCUMENT HAS A MULTICOLORED BACKGROUND ON WHITE PAPER

## THE ROCKEFELLER FOUNDATION

420 FIFTH AVENUE · NEW YORK, NY 10018-2702

No. 129921

DATE April 24, 2001

AMOUNT $9,200.00

Nine Thousand Dollars And 00 Cents

PAY TO THE ORDER OF

GREEN SPHERE INCORPORATED

030410192 00 400 06 042701

86-02 PARK LANE SOUTH
#6B5
WOODHAVEN, NY 11421

⑈129921⑈ ⑆011302836⑆ 88108220⑈          ⑈0000900000⑈

---

THE FACE OF THIS DOCUMENT HAS A MULTICOLORED BACKGROUND ON WHITE PAPER

## THE ROCKEFELLER FOUNDATION

420 FIFTH AVENUE · NEW YORK, NY 10018-2702

No. 131810

DATE July 18, 2001

AMOUNT $15,000.00

Fifteen Thousand Dollars And 00 Cents

PAY TO THE ORDER OF

GREEN SPHERE INCORPORATED

030327069 00 078101

86-02 PARK LANE SOUTH
#6B5
WOODHAVEN, NY 11421

⑈131810⑈ ⑆011302836⑆ 88108220⑈          ⑈0001500000⑈

S.S.B.
632455890 4993 4993 03
632455890 304 4270101   3
                 6212-0400-5
          FHLB-NY-0212-0639        >026003379<
                                    ABNY
        4953712000 04-26-01
0110-0001-5                         4000 5935 00
030410192 0110-0001-5
030410192 04-27-01

X *Frank Melli*
Green Sphere, Inc.
0000 100 73770
1118      *(Deposit Only)*
          5

APR 26 01

---

5   07/31/01   5
    0212-0400-5
    FHLB-NY-0212-0639        >026003379<
                             ABNY
    4910        000001
S.S.B.  4910                009   4000 6795 00
642310519 4908 4908 05
642310519 5
030527069 0110-0001-5
030527069 07-31-01

X *Frank Melli*
100 73770 Green Sphere Inc.

JL01
778 0 5





ENDORSE CHECK HERE
X *Frank Melli*
*Green Sphere Inc.*
10073770

S.S.B.
>026003379<
ABNY

ENDORSE CHECK HERE
X *Frank Melli*
10073770
*Green Sphere Inc.*

FHLB ... 812-0260-50639
>026003379<
ABNY
493574872  06-21-02
4935 ...

0110-0001-5
090165986  0110-0001-5
090165986  06-24-02
S.S.B.
632649869  6025  4614  03
632649869  06-24-02









>026003379<
ABNY

Frank Melli
for deposit only
act# 100 73 77C
Green Sphere Inc.

>026003379<
ABNY

Frank Melli
100 73 770  depository
GreenSphere Inc





S.S.B.
61945161 6123474S  3316 :03
613 REM 61 4124 H 45 026003379‹        ℮℮℮℮℮℮℮℮℮℮℮℮
ENT=37 TRC=37 PK=02      MDHY         03-12-04
0910102437 62855930                              462855930
03152004  462855930 050000002 0508 0270.00
0110-0001-5
ENT=1095 TRC=1095 PK=09

FWLB-KY-0212-0639   ›026003379‹        ℮℮℮℮℮℮℮℮℮℮℮℮
                         MDHY            07-08-04
466254656 07-08-04                              466254656
466254656 050000005 0550 0304 32
                  082823684 0500021 007/00720
466254656          07122004
LSSR 07/12/2004                        8887 18

07122004
0110-0001-5
ENT=0868 TRC=0886 PK=R
0513360 631006520 4013 4013 03
241065520 07-13-04

⑈000051000⑈   ⑆2644149⑈   ⑉3E82 0E110⑉   ⑆02 0644⑈

GREEN SPHERE INCORPORATED

86-02 PARK LANE SOUTH
#6B5
WOODHAVEN, NY 11421

# THE ROCKEFELLER FOUNDATION

No.108407

420 FIFTH AVENUE, NEW YORK, NY 10018-2702

DATE 27-MAY-98    CUST.ACCT.NO.    PAYEE NAME GREEN SPHERE INCORPO    PAYEE NO. 9350

| INV/REF NO. | INV/REF DATE | DESCRIPTION | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|
| CA:4/4/98 | 04-APR-98 | MATCHING GIFT: CHERYL ARCRUM | 0.00 | 1,000.00 |
| | | PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT.  *THANK YOU.* | 0.00 | 1,000.00 |

# THE ROCKEFELLER FOUNDATION

No.108407

420 FIFTH AVENUE, NEW YORK, NY 10018-2702

53-283
113

 State Street

Boston, Massachusetts 02101
State Street, Boston

| CHECK DATE | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|
| 27-MAY-98 | 108407 | *****$1,000.00 |

■ ONE THOUSAND DOLLARS AND 00 CENTS ****~~****

PAY
TO THE
ORDER OF    GREEN SPHERE INCORPORATED

86-02 PARK LANE SOUTH
#6B5
WOODHAVEN, NY 11421

## NON-NEGOTIABLE

⑈108407    011302836    88108220

RV     APR 3 0 1998
CAA

# THE ROCKEFELLER FOUNDATION
### 420 Fifth Avenue, New York, NY 10018

PO # N/A

match 20-may-98     MAY 1 8 1998

AMT $ 1,000     MATCHING GIFT APPLICATION

PART I: TO BE COMPLETED BY THE FOUNDATION STAFF MEMBER OR TRUSTEE REQUESTING THE MATCHING GIFT. PLEASE SEND THIS FORM, TOGETHER WITH YOUR GIFT, TO THE ELIGIBLE ORGANIZATION.

_Green Sphere, Inc._
NAME OF GIFT RECIPIENT

_86-02 Park Lane South_   _Woodhaven_   _NY 11421_
ADDRESS                  CITY/STATE      ZIP CODE

$ _1,000_          _04/04/98_
AMOUNT OF GIFT     DATE OF GIFT

PURPOSE OF GIFT: UNRESTRICTED: ✓   RESTRICTED:

_Cheryl Ancrum_                    _Ancrum_
PRINTED NAME OF CONTRIBUTOR        SIGNATURE OF CONTRIBUTOR

PART II: TO BE COMPLETED BY THE ORGANIZATION. *IMPORTANT*: PLEASE ATTACH TO THE COMPLETED APPLICATION A COPY OF THE DEPARTMENT OF THE TREASURY RULING CONFIRMING YOUR ORGANIZATION'S CLASSIFICATION UNDER INTERNAL REVENUE CODE SECTION 501(c)(3) AND 509(a)(1-3), AND MAIL THE *ENTIRE* FORM TO THE CORPORATE SECRETARY AT THE ABOVE ADDRESS.

I hereby certify that the gift described above, in the amount of $ _1,000_ was received on _04/14/98_
                                                                        DATE

by _GREEN SPHERE INCORPORATED_ and that I have read, and will ensure our organization's
NAME OF ORGANIZATION (PLEASE USE COPRORATE NAME)

compliance with, the conditions of the Matching Gift Program described on the reverse side of this application.

_FRANK MELLI_          _102407_          _Frank Melli_
PRINTED NAME OF CHIEF EXECUTIVE OFFICER,                    SIGNATURE
CHIEF DEVELOPMENT OFFICER, OR TREASURER

FOR FOUNDATION USE ONLY:

_Lynda Mullen_                    _5/12/98_
CORPORATE SECRETARY               DATE

# CONDITIONS OF MATCHING GIFT PROGRAM

**Eligibility.**  Proposed recipients under the program must have a ruling from the U.S. Department of the Treasury establishing their status as tax-exempt under Internal Revenue Code Section 501(c)(3) and publicly supported (i.e., not a private foundation) under Internal Revenue Code Section 509(a)(1), (2), or (3).  If either of these determinations is revoked or modified, the Foundation must be notified immediately.  The Foundation does not match gifts for general operations of churches, associations of churches, alumni associations, or athletic departments; it does, however, match gifts to such organizations for charitable programs they run, such as food kitchens, shelters, elder/child care, or scholarship support.  The Foundation reserves the right to decline a matching gift request.

**Use of matching gift funds.**  Matching gift funds from the Rockefeller Foundation must be expended for the purpose indicated by the donor of the original gift, as specified in Part 1 on the reverse side.  Under Internal Revenue Code regulations, Foundation funds may be expended solely for religious, charitable, scientific, literary, or educational purposes and may not be used:

    (a)  To carry on propaganda, or otherwise to attempt to influence legislation [within the meaning of Section 4945(d)(1)];

    (b)  To influence the outcome of any specific public election, or to carry on, directly or indirectly, any voter registration drive [within the meaning of Section 4945(d) (2)];

    (c)  To make a grant that does not comply with the requirements of Section 4945(d)(3), with respect to grants to individuals for travel, study, or other similar purposes, or Section 4945(d)(4) with respect to grants to certain organizations; or

    (d)  For any purpose other than one specified in Section 170(c)(2)(B), which relates to religious, charitable, scientific, literary, or educational purposes.

**Reporting of matching gifts.**  The Foundation is pleased to support its employees' individual gift-giving through a matching gifts program.  Please note, however, that this matching gift does not represent a grant from the Rockefeller Foundation; it should be recorded as a "matching gift" in listings of contributions.



# THE ROCKEFELLER FOUNDATION

420 Fifth Avenue, New York, NY 10018

## MATCHING GIFT APPLICATION

**Part I:** To be completed by the Foundation staff member or trustee requesting the matching gift. Please send this form, together with your gift, to the eligible organization.

*Green Sphere, Inc.*                                    Rush 20 MAR 00
NAME OF ORGANIZATION                                      7,500

*86.02 Park Lane South, Suite 6B5 Woodhaven N.Y. 11421*
ADDRESS          CITY/STATE                                    ZIP CODE

$ *2,500*                              *4/1/99*
AMOUNT OF GIFT                          DATE OF GIFT

PURPOSE OF GIFT:  UNRESTRICTED: ✓   RESTRICTED: _____

*Cheryl McEwan*
*Ed McEwan*                                    *Ed McEwan*
PRINTED NAME OF CONTRIBUTOR            SIGNATURE OF CONTRIBUTOR

---

**Part II:** To be completed by the organization. *IMPORTANT*: Please attach to the completed application a copy of the Department of the Treasury ruling confirming your organization's classification under Internal Revenue Code Section 501(c)(3) and 509(a)(1-3), and mail the *entire* form to the Corporate Secretary at the above address.

I hereby certify that the gift described above, in the amount of $ *2,500* was received on *4-1-99*
                                                                                    DATE

by *Green Sphere Inc.*                    and that I have read, and will ensure our organization's
ORGANIZATION NAME (PLEASE USE CORPORATE NAME)

compliance with, the conditions of the Matching Gift Program described on the reverse side of this application.

*FRANK MELLI*                          *Frank Melli*
PRINTED NAME OF CHIEF EXECUTIVE OFFICER,        SIGNATURE
CHIEF DEVELOPMENT OFFICER, OR TREASURER

---

FOR FOUNDATION USE ONLY:

*Linda Miller*            MAR 2 0 2000        *3/7/00*
CORPORATE SECRETARY                          DATE

# CONDITIONS OF MATCHING GIFT PROGRAM

**Eligibility.** Proposed recipients under the program must have a ruling from the U.S. Department of the Treasury establishing their status as tax-exempt under Internal Revenue Code Section 501(c)(3) and publicly supported (i.e., not a private foundation) under Internal Revenue Code Section 509(a)(1), (2), or (3). If either of these determinations is revoked or modified, the Foundation must be notified immediately. The Foundation reserves the right to decline a matching gift request.

**Use of matching gift funds.** Matching gift funds from the Rockefeller Foundation must be expended for the purpose indicated by the donor of the original gift, as specified in Part 1 on the reverse side. Under Internal Revenue Code regulations, Foundation funds may be expended solely for religious, charitable, scientific, literary, or educational purposes and may not be used:

    (a) To carry on propaganda, or otherwise to attempt to influence legislation [within the meaning of Section 4945(d)(1)];

    (b) To influence the outcome of any specific public election, or to carry on, directly or indirectly, any voter registration drive [within the meaning of Section 4945(d) (2)];

    (c) To make a grant that does not comply with the requirements of Section 4945(d)(3), with respect to grants to individuals for travel, study, or other similar purposes, or Section 4945(d)(4) with respect to grants to certain organizations; or

    (d) For any purpose other than one specified in Section 170(c)(2)(B), which relates to religious, charitable, scientific, literary, or educational purposes.

    (e) To fulfill a pledge made by an individual.

**Reporting of matching gifts.** The Foundation is pleased to support its employees' individual gift-giving through a matching gifts program. Please note, however, that this matching gift does not represent a grant from the Rockefeller Foundation; it should be recorded as a "matching gift" in listings of contributions.

| Vendor ID | Vendor Name | Date | Document No. |
|---|---|---|---|
| (GREE0002) | GREEN SPHERE INCORPORATED | March 20, 2000 | 121305 |

| Invoice No. | Date | PO# | Description | Amount |
|---|---|---|---|---|
| GH 4/1/99 | 4/1/99 | | 3-1 MATCH, CHERYL MCEWAN | $7,500.00 |

TOTAL:                                                                                                      $7,500.00

*CR ok*



# THE ROCKEFELLER FOUNDATION

420 Fifth Avenue, New York, NY 10018

## MATCHING GIFT APPLICATION

**Part I:**    To be completed by the Foundation staff member or trustee requesting the matching gift.  Please send this form, together with your gift, to the eligible organization.

*Rush 20-MAR-00*

Green Sphere, Inc.                                             *9,000*
_____
NAME OF ORGANIZATION

86-02  Park Lane South, Ste 6B5, Woodhaven NY 11421
_____
ADDRESS                    CITY/STATE                    ZIP CODE

$ 3,000                              9/5/99
_____                      _____
AMOUNT OF GIFT                       DATE OF GIFT

PURPOSE OF GIFT:  UNRESTRICTED: ✓    RESTRICTED: _____

Cheryl McEwan                              E McEwan
_____      _____
PRINTED NAME OF CONTRIBUTOR              SIGNATURE OF CONTRIBUTOR

**Part II:**   To be completed by the organization.  *IMPORTANT:*  Please attach to the completed application a copy of the Department of the Treasury ruling confirming your organization's classification under Internal Revenue Code Section 501(c)(3) and 509(a)(1-3), and mail the *entire* form to the Corporate Secretary at the above address.

I hereby certify that the gift described above, in the amount of $ 3,000 was received on 9-5-99
                                                                              _____
                                                                              DATE
by  Green Sphere Inc.  and that I have read, and will ensure our organization's
    ORGANIZATION NAME (PLEASE USE CORPORATE NAME)

compliance with, the conditions of the Matching Gift Program described on the reverse side of this application.

FRANK MELLI                              Frank Melli
_____      _____
PRINTED NAME OF CHIEF EXECUTIVE OFFICER,      SIGNATURE
CHIEF DEVELOPMENT OFFICER, OR TREASURER

FOR FOUNDATION USE ONLY:

Lyndon Mullen          MAR 2 0 2000        FR    3/7/00
_____                  _____
CORPORATE SECRETARY                              DATE

# CONDITIONS OF MATCHING GIFT PROGRAM

**Eligibility.** Proposed recipients under the program must have a ruling from the U.S. Department of the Treasury establishing their status as tax-exempt under Internal Revenue Code Section 501(c)(3) and publicly supported (i.e., not a private foundation) under Internal Revenue Code Section 509(a)(1), (2), or (3). If either of these determinations is revoked or modified, the Foundation must be notified immediately. The Foundation reserves the right to decline a matching gift request.

**Use of matching gift funds.** Matching gift funds from the Rockefeller Foundation must be expended for the purpose indicated by the donor of the original gift, as specified in Part I on the reverse side. Under Internal Revenue Code regulations, Foundation funds may be expended solely for religious, charitable, scientific, literary, or educational purposes and may not be used:

    (a) To carry on propaganda, or otherwise to attempt to influence legislation [within the meaning of Section 4945(d)(1)];

    (b) To influence the outcome of any specific public election, or to carry on, directly or indirectly, any voter registration drive [within the meaning of Section 4945(d)(2)];

    (c) To make a grant that does not comply with the requirements of Section 4945(d)(3), with respect to grants to individuals for travel, study, or other similar purposes, or Section 4945(d)(4) with respect to grants to certain organizations; or

    (d) For any purpose other than one specified in Section 170(c)(2)(B), which relates to religious, charitable, scientific, literary, or educational purposes.

    (e) To fulfill a pledge made by an individual.

**Reporting of matching gifts.** The Foundation is pleased to support its employees' individual gift-giving through a matching gifts program. Please note, however, that this matching gift does not represent a grant from the Rockefeller Foundation; it should be recorded as a "matching gift" in listings of contributions.

| Vendor ID | Vendor Name | | Date | Document No. |
|---|---|---|---|---|
| (GRSE0002) | GREEN SPHERE INCORPORATED | | March 20, 2000 | 121306 |

| Invoice No. | Date | PO# | Description | Amount |
|---|---|---|---|---|
| CM:9/5/99 | 9/5/99 | | 3-1 MATCH: CHERYL MCEWAN | $5,000.00 |

TOTAL:                                                                    $9,000.00

585805



# THE ROCKEFELLER FOUNDATION

420 Fifth Avenue, New York, NY 10018

## MATCHING GIFT APPLICATION

**Part I:** To be completed by the Foundation staff member or trustee requesting the matching gift. Please send this form, together with your gift, to the eligible organization.

GreenSphere, Inc
_____
NAME OF ORGANIZATION

Match 14-JUN-00
7,500 ~

86-02 Park Lane South, Ste 635, Woodhaven, NY 11421
ADDRESS            CITY/STATE                              ZIP CODE

$ 2,500                              5/25/00
AMOUNT OF GIFT                      DATE OF GIFT

PURPOSE OF GIFT:  UNRESTRICTED: ✓  RESTRICTED: _____

Cheryl McEwan          JUN 20 2000          Ed McEwan
PRINTED NAME OF CONTRIBUTOR                 SIGNATURE OF CONTRIBUTOR

**Part II:** To be completed by the organization. *IMPORTANT*: **Please attach to the completed application a copy of the Department of the Treasury ruling confirming your organization's classification under Internal Revenue Code Section 501(c)(3) and 509(a)(1-3), and mail the *entire* form to the Corporate Secretary at the above address.**

I hereby certify that the gift described above, in the amount of $ 2500 was received on 5-25-2000
                                                                          DATE

by Green Sphere Inc. and that I have read, and will ensure our organization's
ORGANIZATION NAME (PLEASE USE CORPORATE NAME)

compliance with, the conditions of the Matching Gift Program described on the reverse side of this application.

FRANK MELLI                          Frank Melli
PRINTED NAME OF CHIEF EXECUTIVE OFFICER,      SIGNATURE
CHIEF DEVELOPMENT OFFICER, OR TREASURER

FOR FOUNDATION USE ONLY:

Linda Mullen                          6/8/00
CORPORATE SECRETARY                   DATE

# CONDITIONS OF MATCHING GIFT PROGRAM

**Eligibility.** Proposed recipients under the program must have a ruling from the U.S. Department of the Treasury establishing their status as tax-exempt under Internal Revenue Code Section 501(c)(3) and publicly supported (i.e., not a private foundation) under Internal Revenue Code Section 509(a)(1), (2), or (3). If either of these determinations is revoked or modified, the Foundation must be notified immediately. The Foundation reserves the right to decline a matching gift request.

**Use of matching gift funds.** Matching gift funds from the Rockefeller Foundation must be expended for the purpose indicated by the donor of the original gift, as specified in Part 1 on the reverse side. Under Internal Revenue Code regulations, Foundation funds may be expended solely for religious, charitable, scientific, literary, or educational purposes and may not be used:

    (a) To carry on propaganda, or otherwise to attempt to influence legislation [within the meaning of Section 4945(d)(1)];

    (b) To influence the outcome of any specific public election, or to carry on, directly or indirectly, any voter registration drive [within the meaning of Section 4945(d) (2)];

    (c) To make a grant that does not comply with the requirements of Section 4945(d)(3), with respect to grants to individuals for travel, study, or other similar purposes, or Section 4945(d)(4) with respect to grants to certain organizations; or

    (d) For any purpose other than one specified in Section 170(c)(2)(B), which relates to religious, charitable, scientific, literary, or educational purposes.

    (e) To fulfill a pledge made by an individual.

**Reporting of matching gifts.** The Foundation is pleased to support its employees' individual gift-giving through a matching gifts program. Please note, however, that this matching gift does not represent a grant from the Rockefeller Foundation; it should be recorded as a "matching gift" in listings of contributions.

| Vendor ID<br>(GREE0002) | Vendor Name<br>GREEN SPHERE INCORPORATED | | Date<br>June 20, 2000 | Document No.<br>173067 | |
|---|---|---|---|---|---|
| Invoice No.<br>CM:5/25/00 | Date<br>5/25/00 | PO# | Description<br>3-1 MATCH: CHERYL MCEWAN | | Amount<br>$7,500.00 |
| | | | | | $7,500.00 |
| TOTAL: | | | | | |