RV DEC 1 2000



# THE ROCKEFELLER FOUNDATION
420 Fifth Avenue, New York, NY 10018

DEC 1 2000

## MATCHING GIFT APPLICATION

**Part I:**  To be completed by the Foundation staff member or trustee requesting the matching gift. Please send this form, together with your gift, to the eligible organization.

Greensphere, Inc.
**NAME OF GIFT RECIPIENT**

119-42 80ᵗʰ Road
**ADDRESS**

Kew Gardens, NY
**CITY/STATE**

**ZIP CODE**

Match
23-Dec-00

AMOUNT $ 2,500 —

$ 2,500.00
**AMOUNT OF GIFT**

10/20/2000
**DATE OF GIFT**

**PURPOSE OF GIFT:**    UNRESTRICTED:  [ ]    RESTRICTED:

Anthony & Cheryl McEwan
**PRINTED NAME OF CONTRIBUTOR**

_C McEwan_
**SIGNATURE OF CONTRIBUTOR**

---

**Part II:**  To be completed by the organization. *IMPORTANT:* Please attach to the completed application a copy of the Department of the Treasury ruling confirming your organization's classification under Internal Revenue Code Section 501(c)(3) and 509(a)(13), and mail the *entire* form to the Corporate Secretary at the above address.

I hereby certify that the gift described above, in the amount of $ 2,500 was received on 10-21-2000
**DATE**

by _Green Sphere Inc._ and that I have read, and will ensure our organization's
**NAME OF ORGANIZATION (PLEASE USE CORPORATE NAME)**

compliance with, the conditions of the Matching Gift Program described on the reverse side of this application.

FRANK MELLI                DEC 1 5 2000    _Frank Melli_
**PRINTED NAME OF CHIEF EXECUTIVE OFFICER,**                              **SIGNATURE**
**CHIEF DEVELOPMENT OFFICER, OR TREASURER**

---

FOR FOUNDATION USE ONLY:

_Linda Mullin_                                    12/5/00
**CORPORATE SECRETARY**                              **DATE**



# THE ROCKEFELLER FOUNDATION
420 Fifth Avenue, New York, NY 10018

## MATCHING GIFT APPLICATION

Part I:   To be completed by the Foundation staff member or trustee requesting the matching gift. Please send
this form, together with your gift, to the eligible organization.

Green Sphere, Inc.
NAME OF GIFT RECIPIENT

118-42 83rd Road
ADDRESS

Kew Gardens, NY
CITY/STATE

11415
ZIP CODE

$ 3,500.00
AMOUNT OF GIFT

Dec-1-00
DATE OF GIFT

PURPOSE OF GIFT:   UNRESTRICTED: ☒   RESTRICTED: ☐

Anthony and Cheryl McEwan
PRINTED NAME OF CONTRIBUTOR

SIGNATURE OF CONTRIBUTOR

Part II:   To be completed by the organization. *IMPORTANT:* Please attach to the completed application a
copy of the Department of the Treasury ruling confirming your organization's classification under
Internal Revenue Code Section 501(c)(3) and 509(a)(12), and mail the *entire* form to the Corporate
Secretary at the above address.

I hereby certify that the gift described above, in the amount of $ 3,500.ᵒᵒ was received on 12-1-00
Date

by Green Sphere Inc. and that I have read, and will ensure our organization's

compliance with the conditions of the Matching Gift Program described on the reverse side of this application.

Frank Melli
PRINTED NAME OF CHIEF EXECUTIVE OFFICER,
CHIEF DEVELOPMENT OFFICER, OR TREASURER

Frank Melli
SIGNATURE

FOR FOUNDATION USE ONLY:

Lyndon Mullen
CORPORATE SECRETARY

12/5/00
DATE

Match
07-Dec-00
10,500.ᵒᵒ

```
Vendor ID                Vendor Name                          Date                Document No.
(GREE0002)               GREEN SPHERE INCORPORATED            December 15, 2000   126820

Invoice No.              Date        PO#          Description                     Amount
CH:10/21/00              12/7/00                   3-1 MATCH: A. AND C. MCEWAN     $7,500.00
CH:12/1/00               12/7/00                   3-1 MATCH: A. AND C. MCEWAN     $10,500.00

TOTAL:                                                                            $18,000.00
```

TERESA C. SILVA          TEL No.1212-8625031          Nov. 26. 0 11:48 P.01

FEB 21 2001 11:59 FR ROCKEFELLER          212 852 0439 TO 917165288076          P.02/03

# THE ROCKEFELLER FOUNDATION
420 Fifth Avenue, New York, NY 10018

## MATCHING GIFT APPLICATION

**Part I:** To be completed by the Foundation staff member or trustee requesting the matching gift. Please send this form, together with your gift, to the eligible organization.

NAME OF ORGANIZATION: Green Sphere, Inc.

ADDRESS: 86-02 Park Lane South          CITY/STATE: Woodhaven          ZIP CODE:

AMOUNT OF GIFT: $ 3,000          DATE OF GIFT: 3/15/01

PURPOSE OF GIFT: UNRESTRICTED: ✓   RESTRICTED:

I ATTEST THAT THE SOURCE OF FUNDS FOR THIS GIFT IS MY PERSONAL ASSETS, THAT I MADE THIS GIFT ON MY OWN BEHALF, AND THAT I RECEIVED NO BENEFIT IN RETURN.

PRINTED NAME OF CONTRIBUTOR: C McEwan          SIGNATURE OF CONTRIBUTOR:

**Part II:** To be completed by the organization. *IMPORTANT:* Please attach to the completed application (1) a record of the donation -- e.g., a copy of the check and (2) a copy of the Department of the Treasury ruling confirming your organization's classification under Internal Revenue Code Section 501(c)(3) and 509(a)(1,3), and mail the *entire* form to the Corporate Secretary at the above address.

I hereby certify that the gift described above, in the amount of $ 3,000 was received on 3/15/01 DATE

by GREEN SPHERE INC ORGANIZATION NAME (PLEASE USE CORPORATE NAME) and that I have read, and will ensure our organization's compliance with, the conditions of the Matching Gift Program described on the reverse side of this application.

PRINTED NAME OF CHIEF EXECUTIVE OFFICER, CHIEF DEVELOPMENT OFFICER, OR TREASURER: FRANK MELLI          SIGNATURE: Frank Melli

Linda Mullin          4/2/01

PAID
APR 2 4 2001

MAR 22 2001 18:24          1212 8625031          PAGE.03

Vendor ID                Vendor Name                        Date                Document No.
(GREE0002)               GREEN SPHERE INCORPORATED          April 24, 2001       129921

Invoice No.              Date          PO#                  Description                          Amount
CR:3/15/01               3/15/01                            3-3 MATCH: CHERLY MCEWAN              $9,000.00

TOTAL:                                                                                            $9,000.00

TERESA C. SILVA        TEL No.1212-8623031        Mar. 5, 1  6:11 P.02



# THE ROCKEFELLER FOUNDATION
420 Fifth Avenue, New York, NY 10018

## MATCHING GIFT APPLICATION

Part I.    To be completed by the Foundation staff member or trustee requesting the matching gift. Please send this form, together with your gift, to the eligible organization.

Green Sphere, Inc.
**NAME OF GIFT RECIPIENT**

Match 12 JUL 8)

$ 15,000 —

86-02 Park Lane South, #6B5          Woodhaven, NY          11421
**ADDRESS**                          **CITY/STATE**          **ZIP CODE**

$ 5,000.00                           6/30/2001
**AMOUNT OF GIFT**                   **DATE OF GIFT**

PURPOSE OF GIFT:    UNRESTRICTED: ☒    RESTRICTED: _____

I ATTEST THAT THE SOURCE OF FUNDS FOR THIS GIFT IS MY PERSONAL ASSETS, THAT I MADE THIS GIFT ON MY OWN BEHALF, AND THAT I RECEIVED NO BENEFIT IN RETURN.

Cheryl McEwan                        Eric McEwan
**PRINTED NAME OF CONTRIBUTOR**      **SIGNATURE OF CONTRIBUTOR**

PART II.    To be completed by the organization.  IMPORTANT:  Please attach to the completed application (1) a record of the donation — e.g., a copy of the check and (2) a copy of the Department of the Treasury ruling confirming your organization's classification under Internal Revenue Code Section 501(c)(3) and 509(a)(1-3), and mail the entire form to the Corporate Secretary at the above address.

I hereby certify that the gift described above, in the amount of $ 5,000.00 was received on 6/30/01 by GREEN SPHERE INC.    and that I have read, and will ensure our organization's
**NAME OF ORGANIZATION (PLEASE USE CORPORATE NAME)**

compliance with, the conditions of the Matching Gift Program described on the reverse side of this application.

FRANK  MELLI                         Frank Melli
**PRINTED NAME OF CHIEF EXECUTIVE OFFICER,**    **SIGNATURE**
**CHIEF DEVELOPMENT OFFICER, OR TREASURER**

FOR FOUNDATION USE ONLY:
LYNDA MULLEN                         July 13, 2001
        BY MRB
**CORPORATE SECRETARY**              **DATE**

PAID

JUL 11 2001 12:24                    1212 8623031          PAGE.02

| Vendor ID<br>(GREE0002) | Vendor Name<br>GREEN SPHERE INCORPORATED | | Date<br>July 28, 2001 | Document No.<br>331830 |
| Invoice No.<br>CM:6/30/01 | Date<br>6/30/2001 | PO# | Description<br>3-1MATCH: CHERLY MCEWAN | Amount<br>$15,000.00 |
| TOTAL: | | | | $15,000.00 |

TERESA C. SILVA          TEL No.1212-8623031          May  5, 1  7:20 P.01

# THE ROCKEFELLER FOUNDATION
420 Fifth Avenue, New York, NY 10018

## MATCHING GIFT APPLICATION

**Part I:**   *To be completed by the Foundation staff member or trustee requesting the matching gift. Please send this form, together with your gift, to the eligible organization.*

PAID P.O. #

BATCH NAME   match 21SEP 01

AMOUNT $   15,000

Green Sphere, Inc.
NAME OF GIFT RECIPIENT

86-02 Park Lane South, #6BS          Woodhaven, NY                              11421
ADDRESS                              CITY/STATE                              ZIP CODE

$ 5,000.00                                        9/1/2001
AMOUNT OF GIFT                                    DATE OF GIFT

PURPOSE OF GIFT:   UNRESTRICTED: ☒          RESTRICTED: _____

I ATTEST THAT THE SOURCE OF FUNDS FOR THIS GIFT IS MY PERSONAL ASSETS, THAT I MADE THIS GIFT ON MY OWN BEHALF, AND THAT I RECEIVED NO BENEFIT IN RETURN.

_____
SIGNATURE OF CONTRIBUTOR

Cheryl and Anthony McEwan
PRINTED NAME OF CONTRIBUTOR

**PART II:**   *To be completed by the organization.  IMPORTANT:  Please attach to the completed application (1) a record of the donation – e.g., a copy of the check and (2) a copy of the Department of the Treasury ruling confirming your organization's classification under Internal Revenue Code Section 501(c)(3) and 509(a)(1)-3), and mail the entire form to the Corporate Secretary at the above address*

I hereby certify that the gift described above, in the amount of $ 5,000.⁰⁰ was received on   9/1/2001
                                                                                              DATE

by   Green Sphere Inc.   and that I have read, and will ensure our organization's
        NAME OF ORGANIZATION (PLEASE USE CORPORATE NAME)

compliance with, the conditions of the Matching Gift Program described on the reverse side of this application.

Frank  Melli                                    Frank Melli
PRINTED NAME OF CHIEF EXECUTIVE OFFICER,                    SIGNATURE
CHIEF DEVELOPMENT OFFICER, OR TREASURER

FOR FOUNDATION USE ONLY:                              9/21/01
                                                      DATE
Linda Mullen                    PAID
CORPORATE SECRETARY             SEP 2 - 001

** TOTAL PAGE .01 **

SEP 10 2001 15:34                                    1212 862303        PAGE.01

Vendor ID            Vendor Name                      Date                  Document No.
(*RE*(302)           GREEN SPHERE INCORPORATED        September 24, 2001    133438
Invoice No.          Date        PO#                  Description                          Amount
CM:9/1/01            9/1/01                           3-1 MATCH: CHERLY MCEWAN             $15,000.00

TOTAL:                                                                                     $15,000.00

# THE ROCKEFELLER FOUNDATION
420 Fifth Avenue, New York, NY 10018

## MATCHING GIFT APPLICATION

Part I:    *To be completed by the Foundation staff member or trustee requesting the matching gift. Please send this form, together with your gift, to the eligible organization.*

BATCH NAME *04-DEC-01* Match

AMOUNT $ *15,000*

Green Sphere, Inc.
**NAME OF GIFT RECIPIENT**

86-62 Park Lane South, #6B5                    Woodhaven, NY          11421
**ADDRESS**                                    **CITY/STATE**         **ZIP CODE**

$ 5,000.00                                     11/29/2001
**AMOUNT OF GIFT**                             **DATE OF GIFT**

PURPOSE OF GIFT:    UNRESTRICTED:  ☒      RESTRICTED:

I ATTEST THAT THE SOURCE OF FUNDS FOR THIS GIFT IS MY PERSONAL ASSETS, THAT I MADE THIS GIFT ON MY OWN BEHALF, AND THAT I RECEIVED NO BENEFIT IN RETURN.

DEC - 2001

Cheryl and Anthony McEwan                      *Echo Ewan*
**PRINTED NAME OF CONTRIBUTOR**                **SIGNATURE OF CONTRIBUTOR**

PART II:    *To be completed by the organization. IMPORTANT: Please attach to the completed application (1) a record of the donation — e.g., a copy of the check and (2) a copy of the Department of the Treasury ruling confirming your organization's classification under Internal Revenue Code Section 509(c)(3) and 509(a)(1-3), and mail the entire form to the Corporate Secretary at the above address.*

I hereby certify that the gift described above, in the amount of $ 5,000, was received on 11-29-01
                                                                                        **DATE**

by  GREEN SPHERE INC.  and that I have read, and will ensure our organization's
    **NAME OF ORGANIZATION (PLEASE USE CORPORATE NAME)**

compliance with, the conditions of the Matching Gift Program described on the reverse side of this application.

FRANK MELLI                                    *Frank Melli*
**PRINTED NAME OF CHIEF EXECUTIVE OFFICER,**   **SIGNATURE**
**CHIEF DEVELOPMENT OFFICER, OR TREASURER**

FOR FOUNDATION USE ONLY:

*Linda Mueller*                                11/30/01
**CORPORATE SECRETARY**                        **DATE**

No Check COPY (copy)
per el Mattei
its exeption (N)

718 441 8449

TOTAL P.01
PAGE.01



Vendor ID
(GREEDOO2)

Invoice No.
CM:1120/01

TOTAL:

Vendor Name
GREEN SPHERE INCORPORATED

Date
12/4/2001 POP

Date
December 5, 2001

Description
3 TO 1 MATCH CHERIC MCEWAN

Document No.
134862

Amount
$15,000.00

$15,000.00

FEB 27 2002 [9:4] FR ROCKEFELLER          212 852 0439 TO 91718XXX66576          P.02/02

# THE ROCKEFELLER FOUNDATION
420 Fifth Avenue, New York, NY 10018

## MATCHING GIFT APPLICATION

Part I:    To be completed by the Foundation staff member or trustee requesting the matching gift. Please send this form, together with your gift, to the eligible organization.

Green Sphere, Inc.
NAME OF GIFT RECIPIENT

86-02 Park Lane South, #6B3                    Woodhaven, NY                    11421
ADDRESS                                         CITY/STATE                      ZIP CODE

$ 7,500.00                                      2/27/2002
AMOUNT OF GIFT                                  DATE OF GIFT

PURPOSE OF GIFT:    UNRESTRICTED: ☒    RESTRICTED: _____

I ATTEST THAT THE SOURCE OF FUNDS FOR THIS GIFT IS MY PERSONAL ASSETS, THAT I MADE THIS GIFT ON MY OWN BEHALF, AND THAT I RECEIVED NO BENEFIT IN RETURN.

Cheryl McEwen                                   _Cryl M^cEwen_
PRINTED NAME OF CONTRIBUTOR                      SIGNATURE OF CONTRIBUTOR

PART II:    To be completed by the organization. IMPORTANT: Please attach to the completed application (1) a record of the donation—e.g., a copy of the check and (2) a copy of the Department of the Treasury ruling confirming your organization's classification under Internal Revenue Code Section 501(c)(3) and 509(a)(1-3), and mail the entire form to the Corporate Secretary at the above address.

I hereby certify that the gift described above, in the amount of $ 7,500 was received on 2/27/02
                                                                                    DATE
by ~~_____~~ and that I have read, and will ensure our organization's
NAME OF ORGANIZATION (PLEASE USE CORPORATE NAME)
compliance with, the conditions of the Matching Gift Program described on the reverse side of this application.

FRANK MELLI                                     _Frank Melli_
PRINTED NAME OF CHIEF EXECUTIVE OFFICER,         SIGNATURE
CHIEF DEVELOPMENT OFFICER, OR TREASURER

FOR FOUNDATION USE ONLY:
LYNDA MULLEN   by mb                            March 5, 2002
CORPORATE SECRETARY                             DATE

** IBM PAGE 02 **

MAR - 7

PAID P.O. # _____
BATCH NAME  RUSH MATCH #P2
AMOUNT $ ~~_____~~

FEB 28 2002 12:07                                PAGE.01

Vendor ID          Vendor Name                           Date              Document No.
(GREE0002)         GREEN SPHERE INCORPORATED             March 7, 2002     136586

Invoice No.        Date          PO#          Description                            Amount
CM:2/27/02         2/27/2002                  3-1 MATCH: CHERYL MCEWAN               $22,500.00

TOTAL:                                                                               $22,500.00



# THE ROCKEFELLER FOUNDATION
### 420 Fifth Avenue, New York, NY 10018

JUN 1 2 2002

## MATCHING GIFT APPLICATION

**Part I:** *To be completed by the Foundation staff member or trustee requesting the matching gift. Please send this form, together with your gift, to the eligible organization.*

PAID

| BATCH: | AMOUNT: |
|---|---|
| Match 14-Jun-02 | $9,000.— |
| GR/TMP | |

Green Sphere, Inc.
**NAME OF GIFT RECIPIENT**

86-02 Park Lane South, 6B5          Woodhaven, NY          11421
**ADDRESS**                          **CITY/STATE**          **ZIP CODE**

$ 3,000.00          6/1/2002
**AMOUNT OF GIFT**          **DATE OF GIFT**

**PURPOSE OF GIFT:**   **UNRESTRICTED:** ☒   **RESTRICTED:**

I ATTEST THAT THE SOURCE OF FUNDS FOR THIS GIFT IS MY PERSONAL ASSETS, THAT I MADE THIS GIFT ON MY OWN BEHALF, AND THAT I RECEIVED NO BENEFIT IN RETURN.

*Cheryl M. Evan*                          *Ed. McEvan*
**PRINTED NAME OF CONTRIBUTOR**          **SIGNATURE OF CONTRIBUTOR**

**PART II:** *To be completed by the organization. IMPORTANT: Please attach to the completed application (1) a record of the donation -- e.g., a copy of the check and (2) a copy of the Department of the Treasury ruling confirming your organization's classification under Internal Revenue Code Section 501(c)(3) and 509(a)(1-3), and mail the entire form to the Corporate Secretary at the above address.*

I hereby certify that the gift described above, in the amount of $ 3000 was received on 6/4/02
**DATE**

by Green Sphere Inc    and that I have read, and will ensure our organization's
**NAME OF ORGANIZATION (PLEASE USE CORPORATE NAME)**

compliance with, the conditions of the Matching Gift Program described on the reverse side of this application.

Frank Melli                          *Frank Melli*
**PRINTED NAME OF CHIEF EXECUTIVE OFFICER,**          **SIGNATURE**
**CHIEF DEVELOPMENT OFFICER, OR TREASURER**

**FOR FOUNDATION USE ONLY:**

LYNDA MULLEN    BY mm          June 11, 2002
**CORPORATE SECRETARY**          **DATE**

| Vendor ID | Vendor Name | | Date | Document No. | |
|---|---|---|---|---|---|
| (GREE0002) | GREEN SPHERE INCORPORATED | | June 19, 2002 | 130823 | |
| Invoice No. | Date | PO# | Description | | Amount |
| CMM: 6/4/02 | 6/4/2002 | | 2-1 MATCH: CHERLY MCEWAN | | $9,000.00 |

TOTAL:                                                                    $9,000.00

FROM :Green Sphere Inc.          FAX NO. :718 846-6243        Jan. 31 2003 01:25AM P5

FEB 2 6 2003



# THE ROCKEFELLER FOUNDATION

420 Fifth Avenue, New York, NY 10018

FEB - 6 2003

## MATCHING GIFT APPLICATION

Part I:    To be completed by the Foundation staff member or trustee requesting the matching gift. Please send this form, together with your gift, to the eligible organization.

Green Sphere, Inc.
**NAME OF GIFT RECIPIENT**

*Match 27-Feb-03*      **$ 15,000 —**

86-02 Park Lane South, 6B5          Woodhaven, NY          11421
**ADDRESS**                    **CITY/STATE**          **ZIP CODE**

$ 5,000.00                    1/20/2003
**AMOUNT OF GIFT**              **DATE OF GIFT**

PURPOSE OF GIFT:   UNRESTRICTED: ☒    RESTRICTED:

I ATTEST THAT THE SOURCE OF FUNDS FOR THIS GIFT IS MY PERSONAL ASSETS, THAT I MADE THIS GIFT ON MY OWN BEHALF, AND THAT I RECEIVED NO BENEFIT IN RETURN.

*Cheryl McEwan*                      MAR - 3 2003          *S McEwan*
**PRINTED NAME OF CONTRIBUTOR**                      **SIGNATURE OF CONTRIBUTOR**

PART II:    To be completed by the organization. IMPORTANT: Please attach to the completed application (1) a record of the donation – e.g., a copy of the check and (2) a copy of the Department of the Treasury ruling confirming your organization's classification under Internal Revenue Code Section 501(c)(3) and 509(a)(1-3), and mail the entire form to the Corporate Secretary at the above address.

I hereby certify that the gift described above, in the amount of $ 5,000. was received on 1/20/03
                                                                **DATE**

by  G R E E N   S P H E R E   I N C.  and that I have read, and will ensure our organization's
**NAME OF ORGANIZATION (PLEASE USE CORPORATE NAME)**

compliance with, the conditions of the Matching Gift Program described on the reverse side of this application.

FRANK MELLI                      *Frank Melli*
**PRINTED NAME OF CHIEF EXECUTIVE OFFICER,**          **SIGNATURE**
**CHIEF DEVELOPMENT OFFICER, OR TREASURER**

FOR FOUNDATION USE ONLY:

*Lyndon Miller*                      2/25/03
**CORPORATE SECRETARY**              **DATE**

JAN 31 2003 00:22                      718 846 6243          PAGE.05

Vendor ID                    Vendor Name                              Date                    Document No.
(GREE0002)                   GREEN SPHERE INCORPORATED                March 3, 2003           142762

Invoice No.                  Date        PO#                          Description                          Amount
CMM: 1/20/03                 1/20/2003                                3-1 MATCH: CHERYL MCEWAN            $15,000.00

                                                                                                          $15,000.00

TOTAL:

CHERYL A. McEWAN
ANTHONY P. McEWAN
149 - 39 - 257TH STREET   PH. 718-723-2699
ROSEDALE, NY   11422

1-24
210

213

DATE _1/20/03_

PAY TO THE
ORDER OF_ Green Sphere _____ $ 5,000

_Five thousand__ °⁰/₁₀₀ _____ DOLLARS

CHASE   The Chase Manhattan Bank
1501 Broadway
New York, NY 10036

MEMO _____

⑇⓿⓿⓿210000021⑇004381237⑇

2135

FROM :Green Sphere Inc.          FAX NO. :718 846-6243        Jun. 24 2003 09:14PM  P2



# THE ROCKEFELLER FOUNDATION
### 420 Fifth Avenue, New York, NY 10018

JUN 3 0 2003
JUL 0 1 2003

## MATCHING GIFT APPLICATION

Part I:     *To be completed by the Foundation staff member or trustee requesting the matching gift.  Please send this form, together with your gift, to the eligible organization.*

Match.01-Jul-03    $30,000 —

Green Sphere, Inc.
NAME OF GIFT RECIPIENT

86-02 Park Lane South, 6B5          Woodhaven, NY                    11421
ADDRESS                              CITY/STATE                      ZIP CODE

$ 10,000.00                          6/14/2003
AMOUNT OF GIFT                       DATE OF GIFT

PURPOSE OF GIFT:    UNRESTRICTED: ☒    RESTRICTED:

I ATTEST THAT THE SOURCE OF FUNDS FOR THIS GIFT IS MY PERSONAL ASSETS, THAT I MADE THIS GIFT ON MY OWN BEHALF, AND THAT I RECEIVED NO BENEFIT IN RETURN.

JUL - 7 2003

*C.McEwan*                                        *Scott McEwan*
PRINTED NAME OF CONTRIBUTOR                        SIGNATURE OF CONTRIBUTOR

PART II:    *To be completed by the organization.  IMPORTANT:  Please attach to the completed application (1) a record of the donation -- e.g., a copy of the check and (2) a copy of the Department of the Treasury ruling confirming your organization's classification under Internal Revenue Code Section 501(c)(3) and 509(a)(1-3), and mail the entire form to the Corporate Secretary at the above address.*

I hereby certify that the gift described above, in the amount of $ *10,000.00* was received on *6/14/03*
                                                                                        DATE

by *Green Sphere Inc.*          and that I have read, and will ensure our organization's
NAME OF ORGANIZATION (PLEASE USE CORPORATE NAME)

compliance with, the conditions of the Matching Gift Program described on the reverse side of this application.

*FRANK MELLI*                                     *Frank Melli*
PRINTED NAME OF CHIEF EXECUTIVE OFFICER,                SIGNATURE
CHIEF DEVELOPMENT OFFICER, OR TREASURER

FOR FOUNDATION USE ONLY:

*Lynda Mullen*                                    *6/30/07*
CORPORATE SECRETARY                                      DATE

JUN 24 2003 21:13                        718 646 6243        PAGE.02

| Vendor ID | Vendor Name | Date | Document No. |
|---|---|---|---|
| (GREE0002) | GREEN SPHERE INCORPORATED | July 7, 2003 | 144549 |

| Invoice No. | Date | PO# | Description | Amount |
|---|---|---|---|---|
| CMM: 3/14/03 | 6/14/2003 | | 3-1 MATCH: CHERYL MCEWAN | $30,000.00 |

TOTAL:                                                                    $30,000.00

FROM :Green Sphere Inc.                FAX NO. :718 846-6243           Jun. 24 2003 09:14PM  P3

CHERYL McEWAN
BRANDON J. ANDERSON
156-14 - 130, AVE.  718-733-2694
ROCHDALE, NY  11434

104

6/14/03

$ 10,000

Ten Thousand                    00/100

Washington Mutual

Gold
Customer

⑈021272723⑈ 4890299980⑈ 0104

FROM :GREEN SPHERE INC.          FAX NO. :718 846 6243          Feb. 09 2004 03:04PM  P1



# THE ROCKEFELLER FOUNDATION
### 420 Fifth Avenue, New York, NY 10018

MAR 0 2 2004

## MATCHING GIFT APPLICATION

Part I:    *To be completed by the Foundation staff member or trustee requesting the matching gift. Please send this form, together with your gift, to the eligible organization.*

Green Sphere, Inc.
NAME OF GIFT RECIPIENT

86-02 Park Lane South, 6B5          Woodhaven, NY          11421
ADDRESS                            CITY/STATE             ZIP CODE

$ 1,400.00                         1/15/2004
AMOUNT OF GIFT                     DATE OF GIFT

PURPOSE OF GIFT:   UNRESTRICTED: ☒    RESTRICTED:

I ATTEST THAT THE SOURCE OF FUNDS FOR THIS GIFT IS MY PERSONAL ASSETS, THAT I MADE THIS GIFT ON MY OWN BEHALF, AND THAT I RECEIVED NO BENEFIT IN RETURN.

~~PAID~~

| Cheryl & Anthony McEwan | BATCH | AMOUNT: | *Cell c Ewan* |
|---|---|---|---|
| PRINTED NAME OF CONTRIBUTOR | MAR03-HAR-04 GR/FLP | $ 4,200.— | SIGNATURE OF CONTRIBUTOR |

PART II:   *To be completed by the organization. IMPORTANT: Please attach to the completed application (1) a record of the donation – e.g., a copy of the check and (2) a copy of the Department of the Treasury ruling confirming your organization's classification under Internal Revenue Code Section 501(c)(3) and 509(a)(1-3), and mail the entire form to the Corporate Secretary at the above address.*

I hereby certify that the gift described above, in the amount of $ 1,400.⁰⁰ was received on 1-15-04
DATE

by   Green Sphere Inc.   and that I have read, and will ensure our organization's
NAME OF ORGANIZATION (PLEASE USE CORPORATE NAME)

compliance with, the conditions of the Matching Gift Program described on the reverse side of this application.

Frank Melli                                    *Frank Melli*
PRINTED NAME OF CHIEF EXECUTIVE OFFICER,                    SIGNATURE
CHIEF DEVELOPMENT OFFICER, OR TREASURER

FOR FOUNDATION USE ONLY:

*Linda Mueller*                              3/4/04
CORPORATE SECRETARY                          DATE

FEB 09 2004 15:14                    718 846 6243          PAGE.01

FROM :GREEN SPHERE INC.        FAX NO. :718 846 6243        Feb. 09 2004 02:23PM  P1



# THE ROCKEFELLER FOUNDATION

420 Fifth Avenue, New York, NY 10018

MAR 0 2 2004

## MATCHING GIFT APPLICATION

Part I:     To be completed by the Foundation staff member or trustee requesting the matching gift. Please send this form, together with your gift, to the eligible organization.

Green Sphere, Inc.
**NAME OF GIFT RECIPIENT**

| 86-02 Park Lane South, 6B5 | Woodhaven, NY | 11421 |
|---|---|---|
| **ADDRESS** | **CITY/STATE** | **ZIP CODE** |

| $ 1,100.00 | 1/26/2004 |
|---|---|
| **AMOUNT OF GIFT** | **DATE OF GIFT** |

**PURPOSE OF GIFT:   UNRESTRICTED:** ☒   **RESTRICTED:** _____

I ATTEST THAT THE SOURCE OF FUNDS FOR THIS GIFT IS MY PERSONAL ASSETS, THAT I MADE THIS GIFT ON MY OWN BEHALF, AND THAT I RECEIVED NO BENEFIT IN RETURN.

Cheryl & Anthony McEwan                                    *E.McEwan*
**PRINTED NAME OF CONTRIBUTOR**                  **SIGNATURE OF CONTRIBUTOR**

---

PART II:    To be completed by the organization. IMPORTANT: Please attach to the completed application (1) a record of the donation - e.g., a copy of the check and (2) a copy of the Department of the Treasury ruling confirming your organization's classification under Internal Revenue Code Section 501(c)(3) and 509(a)(1-3), and mail the entire form to the Corporate Secretary at the above address.

I hereby certify that the gift described above, in the amount of $ 1,100.00 was received on  1-26-04
                                                                                                                                   DATE

by  **Green Sphere Inc.**  and that I have read, and will ensure our organization's
     NAME OF ORGANIZATION (PLEASE USE CORPORATE NAME)

compliance with, the conditions of the Matching Gift Program described on the reverse side of this application.

Frank Melli                          *Frank Melli*
**PRINTED NAME OF CHIEF EXECUTIVE OFFICER,**             **SIGNATURE**
**CHIEF DEVELOPMENT OFFICER, OR TREASURER**

| FOR FOUNDATION USE ONLY: | BATCH | AMOUNT |
|---|---|---|
| *Lyndon Mullen* | Match 03-MAR-04 | $ 3,300   3/2/04 |
| **CORPORATE SECRETARY** | GR/ELF | **DATE** |

FEB 09 2004 14:33                                    718 846 6243                    PAGE.01

| Vendor ID<br>(GREE0002) | Vendor Name<br>GREEN SPHERE INCORPORATED | | Date<br>March 8, 2004 | Document No.<br>147672 |
|---|---|---|---|---|
| Invoice No. | Date | POS | Description | Amount |
| CM4.1/15/04 | 1/15/2004 | | 3-1 MATCH: CHERYL McEWAN | $4,200.00 |
| CM4.1/26/04 | 1/26/2004 | | 3-1 MATCH: CHERYL McEWAN | $3,300.00 |
| TOTAL: | | | | $7,500.00 |



# THE ROCKEFELLER FOUNDATION

420 Fifth Avenue, New York, NY 10018

JUN 1 6 2004

## MATCHING GIFT APPLICATION

Part I:   *To be completed by the Foundation staff member or trustee requesting the matching gift. Please send this form, together with your gift, to the eligible organization.*

Match
29-Jun-04

Green Sphere, Inc.
**NAME OF GIFT RECIPIENT**

$ 2,500 –

| 86-02 Park Lane South, 6B5 | Woodhaven, NY | 11421 |
|---|---|---|
| **ADDRESS** | **CITY/STATE** | **ZIP CODE** |

$ 2,500.00                                6/14/2004
**AMOUNT OF GIFT**                    **DATE OF GIFT**

**PURPOSE OF GIFT:**   **UNRESTRICTED:** ☒   **RESTRICTED:** _____

I ATTEST THAT THE SOURCE OF FUNDS FOR THIS GIFT IS MY PERSONAL ASSETS, THAT I MADE THIS GIFT ON MY OWN BEHALF, AND THAT I RECEIVED NO BENEFIT IN RETURN.

Cheryl & Anthony McEwan
**PRINTED NAME OF CONTRIBUTOR**          **SIGNATURE OF CONTRIBUTOR**

---

*PART II:   To be completed by the organization.  IMPORTANT:  Please attach to the completed application (1) a record of the donation – e.g., a copy of the check and (2) a copy of the Department of the Treasury ruling confirming your organization's classification under Internal Revenue Code Section 501(c)(3) and 509(a)(1-3), and mail the entire form to the Corporate Secretary at the above address.*

I hereby certify that the gift described above, in the amount of $ 2,500. was received on 6/14/04
                                                                                          **DATE**

by Green Sphere Inc.   and that I have read, and will ensure our organization's
**NAME OF ORGANIZATION (PLEASE USE CORPORATE NAME)**

compliance with, the conditions of the Matching Gift Program described on the reverse side of this application.

Frank Melli                                    Frank Melli
**PRINTED NAME OF CHIEF EXECUTIVE OFFICER,**          **SIGNATURE**
**CHIEF DEVELOPMENT OFFICER, OR TREASURER**

**FOR FOUNDATION USE ONLY:**

                                                        6/16/04
**CORPORATE SECRETARY**                               **DATE**

Vendor ID          Vendor Name                        Date              Document No.
(GREE0001)         GREEN SPHERE INCORPORATED          July 1, 2004      149020
Invoice No.        Date        PO#                    Description                    Amount
51: 6/14/04        6/29/2004                          3-1 MATCH: CHERYL MCEWAN       $7,500.00

AL:                                                                                  $7,500.00

