Exhibit B

# SCHEDULE B

| AN URBAN ALTERNATIVE OF N.Y. INC. | | | |
|---|---|---|---|
| **Date Employee Gift Received, Employee Check Number (where available)** | **Amount of Employee Gift** | **Date of Foundation Matching Gift, Foundation Check Number** | **Amount of Foundation Matching Gift** |
| Cheryl McEwan Gifts: | | | |
| 5/16/2002 | $10,000.00 | 5/30/2002, No. 138423 | $30,000.00 |
| 7/30/2002 | $7,000.00 | 9/20/2002, No. 140143 | $21,000.00 |
| 11/20/2002 | $1,500.00 | 1/10/2003, No. 141975 | $4,500.00 |
| 1/20/2003; No. 2113 | $10,500.00 | 3/08/2003, No. 142746 | $31,500.00 |
| 7/16/2003; No. 2161 | $5,000.00 | 8/14/2003, No. 145028 | $15,000.00 |
| 11/07/2003; No. 2213 | $5,000.00 | 12/12/2003, No. 146535 | $15,000.00 |
| 1/04/2004; No. 2224 | $15,000.00 | 1/20/2004, No. 147217 | $45,000.00 |
| *No. 2179 | $3,500.00 | 7/01/2004, No. 149046 | $10,500.00 |
| 8/14/2004; No. 2189 | $3,000.00 | 9/01/2004, No. 149761 | $9,000.00 |
| 1/20/2005 | $8,000.00 | 2/14/2005, No. 151660 | $24,000.00 |
| | | | **TOTAL: $205,500.00** |
| | | | |
| Paul Shusterman Gift:<br>12/03/2004; No. 2314 | $9,000.00 | 12/13/2004; No. 150955 | $27,000.00 |

**TOTAL: $232,500.00**

* Date received not recorded by An Urban Alternative of N.Y. Inc. Gift and check are dated 6/16/2004.

1268553_1.DOC



THE FACE OF THIS DOCUMENT HAS A MULTICOLORED BACKGROUND ON WHITE PAPER

THE ROCKEFELLER FOUNDATION

420 FIFTH AVENUE NEW YORK, NY 10018-2702

STATE STREET

State Street Bank and Trust Co.
Quincy MA 02171

DATE May 30, 2002

AMOUNT $30,000.00

Thirty Thousand Dollars And 00 Cents

PAY TO THE ORDER OF

AN URBAN ALTERNATIVE OF NY, INC.

1407 LINDEN BLVD #4I
BROOKLYN, NY 11212

030480485

⑈138423⑈ ⑆011302836⑆ 88134192⑈ ⑉0003000000⑉

THE FACE OF THIS DOCUMENT HAS A MULTICOLORED BACKGROUND ON WHITE PAPER

No. 140143

53-283/113

THE ROCKEFELLER FOUNDATION

420 FIFTH AVENUE NEW YORK, NY 10018-2702

STATE STREET

State Street Bank and Trust Co.
Quincy MA 02171

DATE September 20, 2002

AMOUNT $21,000.00

Twenty One Thousand Dollars And 00 Cents

PAY TO THE ORDER OF

AN URBAN ALTERNATIVE OF NY, INC.

84-47 118TH STREET, APT# 3B
KEW GARDENS, NY 11415

050405793

⑈140143⑈ ⑆011302836⑆ 88134192⑈ ⑉0002100000⑉

THE FACE OF THIS DOCUMENT HAS A MULTICOLORED BACKGROUND ON WHITE PAPER

THE ROCKEFELLER FOUNDATION

420 FIFTH AVENUE NEW YORK, NY 10018-2702

STATE STREET

DATE January 10, 2003

AMOUNT $4,500.00

Four Thousand Five Hundred Dollars And 00 Cents

PAY TO THE ORDER OF

AN URBAN ALTERNATIVE OF NEW YORK

84-47 118TH STREET, 3B
KEW GARDENS, NY 11415

⑈141975⑈ ⑆011302836⑆ 8813419 2⑈ ⑉0000450000⑉

THE FACE OF THIS DOCUMENT HAS A MULTICOLORED BACKGROUND ON WHITE PAPER

THE ROCKEFELLER FOUNDATION

420 FIFTH AVENUE NEW YORK, NY 10018-2702

STATE STREET

DATE

AMOUNT

Thirty One Thousand Five Hundred Dollars And 00 Cents

PAY TO THE ORDER OF

AN URBAN ALTERNATIVE OF NY, INC.

84-47 118TH STREET, APT# 3B
KEW GARDENS, NY 11415

⑈142746⑈ ⑆011302836⑆ 8813419 2⑈ ⑉0003150000⑉

ENDORSE CHECK HERE
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT
JP MORGAN CHASE BANK
021000021
JAN 13 03

ENDORSE CHECK HERE
X 407500364465
For deposit only
0503 70505
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT
JP MORGAN CHASE BANK
CH 503
021000021
MAR -5 03

THE FACE OF THIS DOCUMENT HAS A MULTICOLORED BACKGROUND ON WHITE PAPER

No. 145028

53-283/113

THE ROCKEFELLER FOUNDATION

420 FIFTH AVENUE NEW YORK, NY 10018-2702

STATE STREET
State Street Bank and Trust Co.
Quincy, MA 02171

DATE
August 14, 2003

AMOUNT
$15,000.00

Fifteen Thousand Dollars And 00 Cents

PAY TO THE ORDER OF

AN URBAN ALTERNATIVE OF NEW YORK
84-47 118TH STREET, 3B
KEW GARDENS, NY 11415

⑈145028⑈ ⑆011302836⑆ 88134192⑈ ⑇0001500000⑇

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK — HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

No. 146535

53-283/113

THE ROCKEFELLER FOUNDATION

420 FIFTH AVENUE NEW YORK, NY 10018-2702

STATE STREET
State Street Bank and Trust Co.
Quincy, MA 02171

DATE
December 12, 2003

AMOUNT
$15,000.00

Fifteen Thousand Dollars And 00 Cents

PAY TO THE ORDER OF

AN URBAN ALTERNATIVE OF NY, INC.
84-47 118TH STREET, APT# 3B
KEW GARDENS, NY 11415

⑈146535⑈ ⑆011302836⑆ 88134192⑈ ⑇0001500000⑇

S.S.B.
631551859 3719 3612 03
631551859 08-15-03
0911961045
08152003
0110-0001-5
ENT=1285 TRC=1304 PK=09
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

S.S.B.
0712987142
12162003
0110-0001-5
ENT=2411 TRC=2386 PK=01
DO NOT WRITE / SIGN / STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK — HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

THE ROCKEFELLER FOUNDATION
420 FIFTH AVENUE NEW YORK, NY 10018-2702

No. 147217
53-283/113

STATE STREET
State Street Bank and Trust Co.
Quincy, MA 02171

DATE January 30, 2003

AMOUNT $45,000.00

Forty Five Thousand Dollars And 00 Cents

PAY TO THE ORDER OF

AN URBAN ALTERNATIVE OF NY, INC.
225 BUFFALO AVENUE
BROOKLYN, NY 11213

⑈147217⑈ ⑆011302836⑆ 88134192⑈ ⑈0004500000⑈

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK — HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

THE ROCKEFELLER FOUNDATION
420 FIFTH AVENUE NEW YORK, NY 10018-2702

No. 149046
53-283/113

STATE STREET
State Street Bank and Trust Co.
Quincy, MA 02171

DATE July 1, 2004

AMOUNT $10,500.00

Ten Thousand Five Hundred Dollars And 00 Cents

PAY TO THE ORDER OF

URBAN ALTERNATIVE OF NY
150-13 109TH AVENUE
JAMAICA, NY 11433

<149046< :011302836: 88134192< ⑈0001050000⑈

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

THE ROCKEFELLER FOUNDATION
420 FIFTH AVENUE NEW YORK, NY 10018-2702

No. 149761
53-283/113

STATE STREET

DATE September 1, 2004

AMOUNT $9,000.00

Nine Thousand Dollars And 00 Cents

PAY TO THE ORDER OF

URBAN ALTERNATIVE OF NY
150-13 109TH AVENUE
JAMAICA, NY 11433

⑈149761⑈ ⑆011302836⑆ 88134192⑈ ⑈0000900000⑈

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

THE ROCKEFELLER FOUNDATION
420 FIFTH AVENUE NEW YORK, NY 10018-2702

No. 151660
53-283/113

STATE STREET

DATE February 14, 2005

AMOUNT $24,000.00

Twenty Four Thousand Dollars And 00 Cents

PAY TO THE ORDER OF

AN URBAN ALTERNATIVE OF NY, INC.
150-13 109TH AVENUE
JAMAICA, NY 11433

⑈151660⑈ ⑆011302836⑆ 88134192⑈ ⑈0002400000⑈

X

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

DEPOSITORY BANK ENDORSEMENT

S.S.B.
618120022 4182 4182 03
618120022 09-03-04
09032004
110-0001-5
NT=2452 TRC=2453 PK=01
510704977

JP MORGAN CHASE BANK

0900585472

X

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

DEPOSITORY BANK ENDORSEMENT

S.S.B.
613354852 4823 4823 53
613354852 02-22-05

FEB 17 05

050158018 02-22-05
085067999 503401112
LPSI LOU KY

JPMORGAN CHASE BANK

# THE ROCKEFELLER FOUNDATION

420 Fifth Avenue, New York, NY 10018

MAY 2 2 2002

## MATCHING GIFT APPLICATION

Part I: *To be completed by the Foundation staff member or trustee requesting the matching gift. Please send this form, together with your gift, to the eligible organization.*

An Urban Alternative of NY Inc.
NAME OF GIFT RECIPIENT

Match 24-May-02 $30,000

1407 Linden Blvd #6J
ADDRESS

Brooklyn, NY
CITY/STATE

11212
ZIP CODE

$ 10,000.00
AMOUNT OF GIFT

5/15/2002
DATE OF GIFT

PURPOSE OF GIFT: UNRESTRICTED: ☒ RESTRICTED: ______

I ATTEST THAT THE SOURCE OF FUNDS FOR THIS GIFT IS MY PERSONAL ASSETS, THAT I MADE THIS GIFT ON MY OWN BEHALF, AND THAT I RECEIVED NO BENEFIT IN RETURN.

MAY 3 0 2002

Cheryl McEwan
PRINTED NAME OF CONTRIBUTOR

[signature]
SIGNATURE OF CONTRIBUTOR

PART II: *To be completed by the organization. IMPORTANT: Please attach to the completed application (1) a record of the donation – e.g., a copy of the check and (2) a copy of the Department of the Treasury ruling confirming your organization's classification under Internal Revenue Code Section 501(c)(3) and 509(a)(1-3), and mail the entire form to the Corporate Secretary at the above address.*

I hereby certify that the gift described above, in the amount of $ 10,000.00 was received on 5/16/02 (DATE)

by An Urban Alternative of NY Inc. (NAME OF ORGANIZATION (PLEASE USE CORPORATE NAME)) and that I have read, and will ensure our organization's compliance with, the conditions of the Matching Gift Program described on the reverse side of this application.

Anthony G. Winn
PRINTED NAME OF CHIEF EXECUTIVE OFFICER, CHIEF DEVELOPMENT OFFICER, OR TREASURER

[signature]
SIGNATURE

FOR FOUNDATION USE ONLY:

LYNDA MULLEN BY MPB

MAY 22, 2002

| Vendor ID | Vendor Name | | Date | Document No. |
|---|---|---|---|---|
| (ANUR0002) | AN URBAN ALTERNATIVE OF NY, INC. | | May 10, 2007 | [illegible] |

| Invoice No. | Date | PO# | Description | Amount |
|---|---|---|---|---|
| CRM: 5/10/07 | 5/10/2007 | | 1-1 MATCH. CHERYL MCKENNA | $10,000.00 |
| TOTAL: | | | | $10,000.00 |



# THE ROCKEFELLER FOUNDATION

420 Fifth Avenue, New York, NY 10018

SEP 1 2 2002

## MATCHING GIFT APPLICATION

Part I: *To be completed by the Foundation staff member or trustee requesting the matching gift. Please send this form, together with your gift, to the eligible organization.*

Match 17-sep-02 | $21,000-

An Urban Alternative of NY
NAME OF GIFT RECIPIENT

New address

84-47 118th Street apt 3B — ADDRESS
Kew Gardens, NY — CITY/STATE
11415 — ZIP CODE

$ 7,000.00 — AMOUNT OF GIFT
7/29/02 — DATE OF GIFT

SEP 20

PURPOSE OF GIFT: UNRESTRICTED: ☒ RESTRICTED: ______

I ATTEST THAT THE SOURCE OF FUNDS FOR THIS GIFT IS MY PERSONAL ASSETS, THAT I MADE THIS GIFT ON MY OWN BEHALF, AND THAT I RECEIVED NO BENEFIT IN RETURN.

Cheryl McEwan — PRINTED NAME OF CONTRIBUTOR
C McEwan — SIGNATURE OF CONTRIBUTOR

PART II: *To be completed by the organization. IMPORTANT: Please attach to the completed application (1) a record of the donation – e.g., a copy of the check and (2) a copy of the Department of the Treasury ruling confirming your organization's classification under Internal Revenue Code Section 501(c)(3) and 509(a)(1-3), and mail the entire form to the Corporate Secretary at the above address.*

I hereby certify that the gift described above, in the amount of $ 7000 was received on 7/30/02 (DATE)

by An Urban Alternative (NAME OF ORGANIZATION (PLEASE USE CORPORATE NAME)) and that I have read, and will ensure our organization's compliance with, the conditions of the Matching Gift Program described on the reverse side of this application.

LACHO TERRAZAS — PRINTED NAME OF CHIEF EXECUTIVE OFFICER, CHIEF DEVELOPMENT OFFICER, OR TREASURER
[signature] — SIGNATURE

FOR FOUNDATION USE ONLY:

LYNDA MULLEN Lynda Mullen — CORPORATE SECRETARY
8/2/02 — DATE

| Vendor ID | Vendor Name | Date | Document No |
|---|---|---|---|
| (ANUR0003) | AN URBAN ALTERNATIVE OF NY, INC | September 20, 2002 | 140143 |

| Invoice No. | Date | PO# | Description | Amount |
|---|---|---|---|---|
| [illegible] | 7/30/2002 | | 1-1 MATCH. CHERYL [illegible] | $21,000.00 |
| TOTAL: | | | | $21,000.00 |

# THE ROCKEFELLER FOUNDATION

420 Fifth Avenue, New York, NY 10018

DEC 0 5 2002

## MATCHING GIFT APPLICATION

PAID

| BATCH | AMOUNT |
|---|---|
| MATCH 10-DEC 02 | $4,500.00 |
| GR / FLP | |

Part I: *To be completed by the Foundation staff member or trustee requesting the matching gift. Please send this form, together with your gift, to the eligible organization.*

An Urban Alternative of NY
NAME OF GIFT RECIPIENT

84-47 118th Street
ADDRESS

Kew Gardens, NY
CITY/STATE

11415
ZIP CODE

$ 1,500.00
AMOUNT OF GIFT

11/20/2002
DATE OF GIFT

PURPOSE OF GIFT: UNRESTRICTED: ☒ RESTRICTED: ______

I ATTEST THAT THE SOURCE OF FUNDS FOR THIS GIFT IS MY PERSONAL ASSETS, THAT I MADE THIS GIFT ON MY OWN BEHALF, AND THAT I RECEIVED NO BENEFIT IN RETURN.

PAID DEC 13 2002

Cheryl McEwan
PRINTED NAME OF CONTRIBUTOR

[signature]
SIGNATURE OF CONTRIBUTOR

PART II: *To be completed by the organization. IMPORTANT: Please attach to the completed application (1) a record of the donation – e.g., a copy of the check and (2) a copy of the Department of the Treasury ruling confirming your organization's classification under Internal Revenue Code Section 501(c)(3) and 509(a)(1)-3), and mail the entire form to the Corporate Secretary at the above address.*

I hereby certify that the gift described above, in the amount of $ 1500 was received on 11/20/02 (DATE)

by Urban Alternative of NY (NAME OF ORGANIZATION (PLEASE USE CORPORATE NAME)) and that I have read, and will ensure our organization's compliance with, the conditions of the Matching Gift Program described on the reverse side of this application.

Lacho Terrazas
PRINTED NAME OF CHIEF EXECUTIVE OFFICER, CHIEF DEVELOPMENT OFFICER, OR TREASURER

[signature]
SIGNATURE

FOR FOUNDATION USE ONLY:
Linda Mullen 12/5/02

| Vendor ID | Vendor Name | Date | Document No. |
|---|---|---|---|
| AN U0001 | AN URBAN ALTERNATIVE OF NEW YORK | December 13, 2002 | 141466 |

| Invoice No. | Date | PO# | Description | Amount |
|---|---|---|---|---|
| PM:11/20/02 | 12/11/2002 | | 3-1 MATCH: CHERYL MCEWAN | $4,500.00 |
| | | | | $4,500.00 |

84-41 116 Street
ADDRESS

CITY/STATE

ZIP CODE

$ 1,500.00
AMOUNT OF GIFT

11/20/2002
DATE OF GIFT

PURPOSE OF GIFT: UNRESTRICTED: [X] RESTRICTED:

I ATTEST THAT THE SOURCE OF FUNDS FOR THIS GIFT IS MY PERSONAL ASSETS, THAT I MADE THIS GIFT ON MY OWN BEHALF, AND THAT I RECEIVED NO BENEFIT IN RETURN.

PAID DEC 13 2002

Cheryl McEwan
PRINTED NAME OF CONTRIBUTOR

[signature]
SIGNATURE OF CONTRIBUTOR

*PART II: To be completed by the organization. IMPORTANT: Please attach to the completed application (1) a record of the donation – e.g., a copy of the check and (2) a copy of the Department of the Treasury ruling confirming your organization's classification under Internal Revenue Code Section 501(c)(3) and 509(a)(1-3), and mail the entire form to the Corporate Secretary at the above address.*

I hereby certify that the gift described above, in the amount of $ 1500 was received on 11/20/02 (DATE)

by Urban Alternative of NY (NAME OF ORGANIZATION (PLEASE USE CORPORATE NAME)) and that I have read, and will ensure our organization's compliance with, the conditions of the Matching Gift Program described on the reverse side of this application.

Lacho Terrazas
PRINTED NAME OF CHIEF EXECUTIVE OFFICER, CHIEF DEVELOPMENT OFFICER, OR TREASURER

[signature]
SIGNATURE

FOR FOUNDATION USE ONLY:
Lynda Mullen 12/5/02

| Vendor ID | Vendor Name | Date | Document No. |
|---|---|---|---|
| (AN U0001) | AN URBAN ALTERNATIVE OF NEW YORK | January 10, 2003 | 141975 |

| Invoice No. | Date | PO# | Description | Amount |
|---|---|---|---|---|
| CMM:11/20/02 | 12/11/2002 | | 3-1 MATCH CHERYL MCGANN | $4,500.00 |
| TOTAL: | | | | $4,500.00 |

# THE ROCKEFELLER FOUNDATION

420 Fifth Avenue, New York, NY 10018

FEB 2 5 2003

FEB 1 2 2003

## MATCHING GIFT APPLICATION

Part I: *To be completed by the Foundation staff member or trustee requesting the matching gift. Please send this form, together with your gift, to the eligible organization.*

Match 27-Feb03

An Urban Alternative of NY
NAME OF GIFT RECIPIENT

$31,500 –

84-47 118th Street, #3B — ADDRESS
Kew Gardens, NY — CITY/STATE
11415 — ZIP CODE

$ 10,500.00 — AMOUNT OF GIFT
1/20/2003 — DATE OF GIFT

PURPOSE OF GIFT: UNRESTRICTED: ☒ RESTRICTED: _____

I ATTEST THAT THE SOURCE OF FUNDS FOR THIS GIFT IS MY PERSONAL ASSETS, THAT I MADE THIS GIFT ON MY OWN BEHALF, AND THAT I RECEIVED NO BENEFIT IN RETURN.

PAID MAR - 3 2003

Cheryl McEwan
PRINTED NAME OF CONTRIBUTOR

C. McEwan
SIGNATURE OF CONTRIBUTOR

PART II: *To be completed by the organization. IMPORTANT: Please attach to the completed application (1) a record of the donation – e.g., a copy of the check and (2) a copy of the Department of the Treasury ruling confirming your organization's classification under Internal Revenue Code Section 501(c)(3) and 509(a)(1-3), and mail the entire form to the Corporate Secretary at the above address.*

I hereby certify that the gift described above, in the amount of $ 10,500 was received on 1/20/03 (DATE)

by AN URBAN ALTERNATIVE OF NY (NAME OF ORGANIZATION (PLEASE USE CORPORATE NAME)) and that I have read, and will ensure our organization's compliance with, the conditions of the Matching Gift Program described on the reverse side of this application.

LACHO TERRAZAS
PRINTED NAME OF CHIEF EXECUTIVE OFFICER, CHIEF DEVELOPMENT OFFICER, OR TREASURER

[signature]
SIGNATURE

FOR FOUNDATION USE ONLY:

Lynda Mullen 2/25/03

CHERYL A. McEWAN
ANTHONY P. McEWAN
149 - 39 - 257TH STREET PH. 718-723-2699
ROSEDALE, NY 11422

1-2
210

2133

DATE 1/20/03

PAY TO THE ORDER OF Urban Alternative $ 10,500

Ten thousand & five hundred 00/00 DOLLARS

CHASE The Chase Manhattan Bank
1501 Broadway
New York, NY 10036

MEMO

⑆021000021⑆004381237⑈ 2133

| Vendor ID | Vendor Name | | Date | Document No. |
|---|---|---|---|---|
| (ANUR0003) | AN URBAN ALTERNATIVE OF NY, INC. | | March 1, 2003 | 142746 |
| **Invoice No.** | **Date** | **PO#** | **Description** | **Amount** |
| CMM 1/20/03 | 1/20/2003 | | 1-1 MATCH: CHERYL MCGHAN | $31,500.00 |
| TOTAL: | | | | $31,500.00 |