

# THE ROCKEFELLER FOUNDATION

420 Fifth Avenue, New York, NY 10018

## MATCHING GIFT APPLICATION

**Part I:** *To be completed by the Foundation staff member or trustee requesting the matching gift. Please send this form, together with your gift, to the eligible organization.*

An Urban Alternative of NY
**NAME OF GIFT RECIPIENT**

*PAID*
BATCH Match ID-A403
GR1 FLP
AMOUNT: $15,000-

84-47 118th Street, #3B
**ADDRESS**

Kew Gardens, NY
**CITY/STATE**

11415
**ZIP CODE**

$ 5,000.00
**AMOUNT OF GIFT**

7/4/2003
**DATE OF GIFT**

**PURPOSE OF GIFT:**   **UNRESTRICTED:** ☒   **RESTRICTED:** _____

I ATTEST THAT THE SOURCE OF FUNDS FOR THIS GIFT IS MY PERSONAL ASSETS, THAT I MADE THIS GIFT ON MY OWN BEHALF, AND THAT I RECEIVED NO BENEFIT IN RETURN.

*PAID AUG 14 2003*

Cheryl McEwan
**PRINTED NAME OF CONTRIBUTOR**

*C McEwan*
**SIGNATURE OF CONTRIBUTOR**

*PART II:* *To be completed by the organization. IMPORTANT: Please attach to the completed application (1) a record of the donation – e.g., a copy of the check and (2) a copy of the Department of the Treasury ruling confirming your organization's classification under Internal Revenue Code Section 501(c)(3) and 509(a)(1-3), and mail the entire form to the Corporate Secretary at the above address.*

I hereby certify that the gift described above, in the amount of $ 5,000.00 was received on ___7/16/03___
**DATE**

by AN URBAN ALTERNATIVE OF NY and that I have read, and will ensure our organization's
**NAME OF ORGANIZATION (PLEASE USE CORPORATE NAME)**

compliance with, the conditions of the Matching Gift Program described on the reverse side of this application.

LACHO TERRAZAS
**PRINTED NAME OF CHIEF EXECUTIVE OFFICER, CHIEF DEVELOPMENT OFFICER, OR TREASURER**

_____
**SIGNATURE**

**FOR FOUNDATION USE ONLY:**

Linda Mullen          8/11/03

CHERYL A. McEWAN
ANTHONY P. McEWAN
149 - 39 - 257TH STREET   PH  718-723-2669
ROSEDALE, NY  11422

2161

DATE  6/30/03

PAY TO THE
ORDER OF _____ $ 5,000

_____ DOLLARS

CHASE
The Chase Manhattan Bank
1130 Broadway
New York, NY 10010

MEMO _____

⑈021000021⑆004384237⑈    2161

Vendor ID.                  Vendor Name                         Date              Document No.
(AN 00061)                  AN URBAN ALTERNATIVE OF NEW YORK     August 14, 2001   145826

Invoice No.                 Date        PO#                      Description                    Amount
CEM. 7/16/01                7/16/2001                            3-1 MATCH: CHERYL MCEWAN       $15,000.00

TOTAL:                                                                                          $15,000.00

*12-9-03*
*RUSH hand Delivered by CMM*



# THE ROCKEFELLER FOUNDATION
### 420 Fifth Avenue, New York, NY 10018

## MATCHING GIFT APPLICATION

**Part I:**   *To be completed by the Foundation staff member or trustee requesting the matching gift. Please send this form, together with your gift, to the eligible organization.*

*11-DEC-03 ☒ Match*

An Urban Alternative of NY
**NAME OF GIFT RECIPIENT**

*$ 15,000—*

| | | |
|---|---|---|
| 84-47 118th Street, #3B | Kew Gardens NY | 11415 |
| **ADDRESS** | **CITY/STATE** | **ZIP CODE** |

| | |
|---|---|
| $ 5,000.00 | 11/4/2003 |
| **AMOUNT OF GIFT** | **DATE OF GIFT** |

**PURPOSE OF GIFT:**   **UNRESTRICTED:**  ☒   **RESTRICTED:**

*12/11/03 K60 LM No objection to pay Now as requested & apply against 2004 allowance*

**I ATTEST THAT THE SOURCE OF FUNDS FOR THIS GIFT IS MY PERSONAL ASSETS, THAT I MADE THIS GIFT ON MY OWN BEHALF, AND THAT I RECEIVED NO BENEFIT IN RETURN.**

Cheryl McEwan
**PRINTED NAME OF CONTRIBUTOR**

*Edd Ewan*
**SIGNATURE OF CONTRIBUTOR**

*OK*

**PART II:**   *To be completed by the organization.  IMPORTANT:  Please attach to the completed application (1) a record of the donation – e.g., a copy of the check and (2) a copy of the Department of the Treasury ruling confirming your organization's classification under Internal Revenue Code Section 501(c)(3) and 509(a)(1-3), and mail the entire form to the Corporate Secretary at the above address.*

I hereby certify that the gift described above, in the amount of $ 5,000.00 was received on ___11/7___
**DATE**

by __Urban Alternative of NY__ and that I have read, and will ensure our organization's
**NAME OF ORGANIZATION (PLEASE USE CORPORATE NAME)**

compliance with, the conditions of the Matching Gift Program described on the reverse side of this application.

LISA Baker
**PRINTED NAME OF CHIEF EXECUTIVE OFFICER,
CHIEF DEVELOPMENT OFFICER, OR TREASURER**

*DATE DEC 1 2 2003*

*Baker*
**SIGNATURE**

---

**FOR FOUNDATION USE ONLY:**

*Linda Mullen*                    *12/8/03*

CHERYL A. McEWAN
ANTHONY P. McEWAN
158-04 · 130TH AVE · PH. 718-723-2699
ROCHDALE, NY 11434

1-2
710

2213

DATE 11/4/03

PAY TO THE
ORDER OF ___ Mr Urban Alternative ___ $ 5,000

Five thousand ___ 00/100 ___ DOLLARS

CHASE    JPMorgan Chase Bank
3 Times Square
New York, NY 10036

MEMO ___

E M C Ewan

⑇:0 210000 21⑇:0043 84 237⑇   2213

| Vendor ID | Vendor Name | Date | Document No |
|---|---|---|---|
| (ANUR0003) | AN URBAN ALTERNATIVE OF NY, INC. | December 12, 2003 | 146535 |

| Invoice No. | Date | PO# | Description | Amount |
|---|---|---|---|---|
| CMM 11/7/03 | 11/11/2003 | | 1-1 MATCH CHERTO MCEWAN | $15,000.00 |

TOTAL:                                                                    $15,000.00

*Rush rec's  J.B*  

JAN 2 0 2004



# THE ROCKEFELLER FOUNDATION

420 Fifth Avenue, New York, NY 10018

## MATCHING GIFT APPLICATION

PART I:  *To be completed by the Foundation staff member or trustee requesting the matching gift.  Please send this form, together with your gift, to the eligible organization.*

An Urban Alternative of NY
NAME OF GIFT RECIPIENT

225 Buffalo Avenue                   Brooklyn, N.Y.                    11213
ADDRESS                              CITY/STATE                       ZIP CODE

$ 15,000.00                          5
                                     1/4/2004
AMOUNT OF GIFT                       DATE OF GIFT

PURPOSE OF GIFT:   UNRESTRICTED:  ☒   RESTRICTED: _____ **D P.O. #**
                                                           *Match*
I ATTEST THAT THE SOURCE OF FUNDS FOR THIS GIFT IS MY PERSONAL ASSETS, THAT I MADE THIS GIFT ON MY OWN
BEHALF, AND THAT I RECEIVED NO BENEFIT IN RETURN.             **NT $ 45,000-**

Cheryl McEwan                                         *Cheryl McEwan*
PRINTED NAME OF CONTRIBUTOR                            SIGNATURE OF CONTRIBUTOR

---

PART II:  *To be completed by the organization.  IMPORTANT:  Please attach to the completed application (1) a record of the donation – e.g., a copy of the check and (2) a copy of the Department of the Treasury ruling confirming your organization's classification under Internal Revenue Code Section 501(c)(3) and 509(a)(1-3), and mail the entire form to the Corporate Secretary at the above address.*

I hereby certify that the gift described above, in the amount of $ 15,000 ⁰⁰ was received on  1/4/04

by  *Urban Alternative of NY*  and that I have read, and will ensure our organization's
NAME OF ORGANIZATION (PLEASE USE CORPORATE NAME)

compliance with, the conditions of the Matching Gift Program described on the reverse side of this application.

*Lisa N Baker*                                        *Lisa N Baker*
PRINTED NAME OF CHIEF EXECUTIVE OFFICER,               SIGNATURE
CHIEF DEVELOPMENT OFFICER, OR TREASURER

---

FOR FOUNDATION USE ONLY:

*Linda Mullen*                        *1/21/04*

CHERYL A. McEWAN
ANTHONY P. McEWAN
158-04 · 130TH AVE.   PH  718-723-2699
ROCHDALE, NY 11434

2224

DATE  1/5/04

PAY TO THE
ORDER OF    An Urban Restoration    $ 15,000

Fifteen Thousand ⁰⁰/₁₀₀    DOLLARS

CHASE
JPMorgan Chase Bank
4 Times Square
New York, NY 10036

MEMO

⑈C021000021⑈004384237⑈    2224

| Vendor ID | Vendor Name | | Date | Document No. | |
|---|---|---|---|---|---|
| (ANUR0004) | AN URBAN ALTERNATIVE OF NY, INC | | January 30, 2004 | 147217 | |
| Invoice No. | Date | POS | Description | | Amount |
| CM#: 01/04/04 | 1/29/2004 | | 3-1 MATCH, CHERYL MCEWAN | | $45,000.00 |
| TOTAL: | | | | | $45,000.00 |



# THE ROCKEFELLER FOUNDATION
### 420 Fifth Avenue, New York, NY 10018

JUN 1 6 2004

## MATCHING GIFT APPLICATION

*PART I:    To be completed by the Foundation staff member or trustee requesting the matching gift. Please send this form, together with your gift, to the eligible organization.*

AN URBAN ALTERNATIVE
NAME OF ORGANIZATION

84-47 118th Street, #3B, Kew Gardens, NY 11415
STREET ADDRESS/CITY/STATE/ZIP

*Wrong address CM to send correct one 6-may pay to ata*

$3,500
AMOUNT OF GIFT

6/16/04
DATE OF GIFT

*please de-activate all others.*

Purpose of Gift:    Unrestricted:   X    Restricted:

I attest that the source of funds for this gift is my personal assets, that I made this gift on my own behalf, and that I received no benefit in return.

CHERYL & ANTHONY MCEWAN
PRINTED NAME OF CONTRIBUTOR

*[signature]*
SIGNATURE OF CONTRIBUTOR

---

*PART II:    To be completed by the organization. IMPORTANT: Please attach to the completed application (1) a record of the donation—e.g., a copy of the check and (2) a copy of the Department of the Treasury ruling confirming your organization's classification under Internal Revenue Code Section 501(c)(3) and 509(a)(1–3), and mail the entire form to the Corporate Secretary of the above address.*

I hereby certify that the gift described above, in the amount of ___3500___ was received on

AMOUNT

by    *Urban Alternative of NY*

DATE                    ORGANIZATION NAME (PLEASE USE CORPORATE/TAX NAME)

and that I have read, and will ensure our organization's compliance with, the conditions of the Matching Gift Program described on the reverse side of this application. I also hereby certify that our organization does not directly or indirectly engage in, promote, or support other organizations or individuals who engage in or promote terrorist activity.

*Lisa Baker*
PRINTED NAME OF CHIEF EXECUTIVE OFFICER,
CHIEF DEVELOPMENT OFFICER, OR TREASURER

*[signature] Lisa Baker*
SIGNATURE

---

FOR FOUNDATION USE ONLY:

*[signature]*                    6/16/04
CORPORATE SECRETARY                    DATE

*** TOTAL PAGE.02 ***

CHERYL A. McEWAN
ANTHONY P. McEWAN
149 - 39 - 257TH STREET  PH 718-723-2699
ROSEDALE, NY  11422

2179

1-2/210

DATE 6/16/07

PAY TO THE
ORDER OF Urban Alternative                    $ 3,500

Three thousand five hundred                 DOLLARS

CHASE
The Chase Manhattan Bank
1301 Broadway
New York, NY 10036

Cell McEwan

MEMO

⑈021000021⑈004384237⑈    2179

| Vendor ID | Vendor Name | Date | Document No. |
|---|---|---|---|
| [URBA0013] | URBAN ALTERNATIVE OF NY | July 1, 2004 | 149046 |

| Invoice No. | Date    POE | Description | Amount |
|---|---|---|---|
| DON: 6/16/04 | 6/29/2004 | 1-1 MAYOR, CHERYL INGRAM | $10,550.00 |

TOTAL:                                                                                   $10,550.00



# THE ROCKEFELLER FOUNDATION
420 Fifth Avenue, New York, NY 10018

AUG 2 6 2004

## MATCHING GIFT APPLICATION

**PART I:** To be completed by the Foundation staff member or trustee requesting the matching gift. Please send this form, together with your gift, to the eligible organization.

URBAN ALTERNATIVE
NAME OF ORGANIZATION

150-13 109ᵗʰ AVE
STREET ADDRESS/CITY/STATE/ZIP

3,000
AMOUNT OF GIFT

P.O. #

Match 31-24587

AMOUNT $ 9,000

8/14/04
DATE OF GIFT

Purpose of Gift.    Unrestricted: ☒    Restricted:

I attest that the source of funds for this gift is my personal assets, that I made this gift on my own behalf, and that I received no benefit in return.

CHERYL & ANTHONY MCEWAN
PRINTED NAME OF CONTRIBUTOR

*E McEwan*
SIGNATURE OF CONTRIBUTOR

**PART II:** To be completed by the organization. IMPORTANT: Please attach to the completed application (1) a record of the donation -- e.g., a copy of the check and (2) a copy of the Department of the Treasury ruling confirming your organization's classification under Internal Revenue Code Section 501(c)(3) and 509(a)(1-3), and mail the entire form to the Corporate Secretary at the above address.

I hereby certify that the gift described above, in the amount of ___3000___ was received on
AMOUNT

___8/4/04___    by    ___Urban Alternative of NY___
DATE              ORGANIZATION NAME (PLEASE USE CORPORATE/TAX NAME)

and that I have read, and will ensure our organization's compliance with, the conditions of the Matching Gift Program described on the reverse side of this application. I also hereby certify that our organization does not directly or indirectly engage in, promote, or support other organizations or individuals who engage in or promote terrorist activity.

Lisa Baker
PRINTED NAME OF CHIEF EXECUTIVE OFFICER,
CHIEF DEVELOPMENT OFFICER, OR TREASURER

*Lisa Baker*
SIGNATURE

FOR FOUNDATION USE ONLY:

CORPORATE SECRETARY

8/23/04
DATE

Vendor ID                Vendor Name                          Date              Document No.
IRBA00131                URBAN ALTERNATIVE OF NY              September 1, 2001  149761

Invoice No.              Date          POR                    Description                        Amount
CM. 8/31/01             8/31/2001                            TV MATCH: CHURCH PLEDGE             $9,000.00

TOTAL                                                                                            $9,000.00

CHERYL A. McEWAN
ANTHONY P. McEWAN
149 - 39 · 257TH STREET  PH 718 723 2698
ROSEDALE, NY  11422

1-2/212

2189

DATE _8/14/07_

PAY TO THE
ORDER OF _Ap Urban Furniture_ | $3,000

_Three thousand_ 00/100 _____ DOLLARS

CHASE
The Chase Manhattan Bank
1501 Broadway
New York, NY 10036

_Ed McEwan_

FOR _113_

⑆ 0 21000 0 21 ⑆: 004 381 237 ⑆°    2189

FEB 1 0 2005



# THE ROCKEFELLER FOUNDATION
420 Fifth Avenue, New York, NY 10018

## MATCHING GIFT APPLICATION

**PART I:** *To be completed by the Foundation staff member or trustee requesting the matching gift. Please send this form, together with your gift, to the eligible organization.*

AN URBAN ALTERNATIVE *of N.J. Inc*
NAME OF ORGANIZATION

150-13 109 AVE, JAMAICA, NY 11433
STREET ADDRESS/CITY/STATE/ZIP

$8,000                                    1/2005
AMOUNT OF GIFT                            DATE OF GIFT

Purpose of Gift:        Unrestricted:   X        Restricted:

I attest that the source of funds for this gift is my personal assets, that I made this gift on my own behalf, and that I received no benefit in return.

CHERYL MCEWAN
PRINTED NAME OF CONTRIBUTOR                    SIGNATURE OF CONTRIBUTOR

**PART II:**   *To be completed by the organization. IMPORTANT: Please attach to the completed application (1) a record of the donation -- e.g., a copy of the check and (2) a copy of the Department of the Treasury ruling confirming your organization's classification under Internal Revenue Code Section 501(c)(3) and 509(a)(1-3), and mail the entire form to the Corporate Secretary at the above address.*

I hereby certify that the gift described above, in the amount of   8,000   was received on
                                                                AMOUNT

1/29/05        by        Urban Alternative
DATE                    ORGANIZATION NAME (PLEASE USE CORPORATE/TAX NAME)

and that I have read, and will ensure our organization's compliance with, the conditions of the Matching Gift Program described on the reverse side of this application. I also hereby certify that our organization does not directly or indirectly engage in, promote, or support other organizations or individuals who engage in or promote terrorist activity.

LISA BAKER
PRINTED NAME OF CHIEF EXECUTIVE OFFICER,          SIGNATURE
CHIEF DEVELOPMENT OFFICER, OR TREASURER

FOR FOUNDATION USE ONLY:
                                        P A I D            2/10/05
CORPORATE SECRETARY                                        DATE

BATCH #        AMOUNT
GR02/10/05     $ 24,000.

FEB 08 2005 16:55                                            PAGE.03

| Vendor ID | Vendor Name | Date | Document No. |
|---|---|---|---|
| 1040A 611, | AN URBAN ALTERNATIVE OF NY, INC. | February 14, 2005 | 151096 |

| Invoice No. | Date | POS | Description | Amount |
|---|---|---|---|---|
| 7005 AC 001/161 | 2/11/2005 | | MATCH. C, MONROE 6./26/05 | $71,806.00 |

TOTAL:                                                                                $71,806.00

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

No. 150955

# THE ROCKEFELLER FOUNDATION
420 FIFTH AVENUE    NEW YORK, NY. 10018-2702

53-283/113

STATE STREET
State Street Bank and Trust Co.
Quincy, MA 02171

DATE
December 15, 2004

AMOUNT
$27,000.00

Twenty-Seven Thousand Dollars And 00 Cents

PAY TO THE ORDER OF

URBAN ALTERNATIVE OF NY, INC.

115-19 MERRICK BLVD
JAMAICA, NY 11434

⑈150955⑈  ⑆011302836⑈  8813419 2⑈              ⑈000 2700000⑈

S.S.B.
617875920 9434 9434 03
617875920 12-17-04

12172004
0110-0001-5
ENT=2405 TRC=2422 PK=01
0715777757



# THE ROCKEFELLER FOUNDATION
420 Fifth Avenue, New York, NY 10018

## MATCHING GIFT APPLICATION

**PART I:**     *To be completed by the Foundation staff member or trustee requesting the matching gift. Please send this form, together with your gift, to the eligible organization.*

URBAN ALTERNATIVE *of NY*
NAME OF ORGANIZATION

115-19 Merrick Blvd, Jamaica, NY 11434
STREET ADDRESS/CITY/STATE/ZIP

$9,000                                                      12/03/04
AMOUNT OF GIFT                                              DATE OF GIFT

Purpose of Gift:     Unrestricted:   [X]     Restricted: _____

I attest that the source of funds for this gift is my personal assets, that I made this gift on my own behalf, and that I received no benefit in return.

PAUL SHUSTERMAN
PRINTED NAME OF CONTRIBUTOR                    SIGNATURE OF CONTRIBUTOR

---

**PART II:**     *To be completed by the organization. IMPORTANT: Please attach to the completed application (1) a record of the donation —— e.g., a copy of the check and (2) a copy of the Department of the Treasury ruling confirming your organization's classification under Internal Revenue Code Section 501(c)(3) and 509(a)(1-3), and mail the entire form to the Corporate Secretary at the above address.*

I hereby certify that the gift described above, in the amount of     $9000     was received on
                                                          AMOUNT

12/3/04          by  URBAN Alternative ofNY.
DATE                 ORGANIZATION NAME (PLEASE USE CORPORATE/TAX NAME)

and that I have read, and will ensure our organization's compliance with, the conditions of the Matching Gift Program described on the reverse side of this application  I also hereby certify that our organization does not directly or indirectly engage in, promote, or support other organizations or individuals who engage in or promote terrorist activity.

Lisa N Barker
PRINTED NAME OF CHIEF EXECUTIVE OFFICER,          SIGNATURE
CHIEF DEVELOPMENT OFFICER, OR TREASURER

---

FOR FOUNDATION USE ONLY:                **PAID**

Linda Muller
CORPORATE SECRETARY          BATCH              AMOUNT              DATE
                             GR 12/10/04        $ 27,000



| Vendor ID | Vendor Name | Date | Document No. |
|---|---|---|---|
| VURBA001:1 | URBAN ALTERNATIVE OF NY, INC | December 13, 2004 | 158955 |

| Invoice No. | Date | PO# | Description | Amount |
|---|---|---|---|---|
| 2004 12 Utility | 12/13/2004 | | JOYCE B. CHRISTOPHER-PBG 12/3/6 | $27,000.00 |

|  |  |  | TOTAL | $27,000.00 |