Exhibit C

## 2005 W-2 and EARNINGS SUMMARY

Safe, accurate, FAST! Use e-file. Visit the IRS Website at www.irs.gov

**W-2** Employee Reference Copy Wage and Tax Statement **2005**

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail.
The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2005 pay stub plus any adjustments submitted by your employer.

| | | | | | |
|---|---|---|---|---|---|
| Gross Pay | 115,538.14 | Social Security Tax Withheld | 4917.52 | NY. State Income Tax Box 17 of W-2 | 3830.85 |
| | | | | Local Income Tax Box 19 of W-2 | 2248.98 |
| Fed. Income Tax Withheld Box 2 of W-2 | 5892.00 | Medicare Tax Withheld Box 6 of W-2 | 1150.07 | SUI/SDI Box 14 of W-2 | |

Batch #01329

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY. State Wages, Tips, Etc. Box 16 of W-2 | NYC RES Local Wages, Tips, Etc. Box 18 of W-2 |
|---|---|---|---|---|---|
| Gross Pay | 115,538.14 | 115,538.14 | 115,538.14 | 115,538.14 | 115,538.14 |
| Less 401(k) (D-Box 12) | 2,369.03 | N/A | N/A | 2,369.03 | 2,369.03 |
| Less Other Cafe 125 | 36,223.28 | 36,223.28 | 36,223.28 | 36,223.28 | 36,223.28 |
| Reported W-2 Wages | 76,945.83 | 79,314.86 | 79,314.86 | 76,945.83 | 76,945.83 |

3. Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

CHERYL ANN MCEWAN
158-04 130 AVENUE
ROCHDALE,NY 11434

Social Security Number: 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
Taxable Marital Status: MARRIED
Exemptions/Allowances:
FEDERAL: 9
STATE: 9
LOCAL: 9

© 2005 AUTOMATIC DATA PROCESSING, INC.

---

**W-2 Form (Employee Reference Copy):**

a Control number: 001005 01/W&   Dept: 640000   Corp: A   Employer use only: 90
c Employer's name, address, and ZIP code:
ROCKEFELLER FOUNDATION
420 5TH AVENUE
NEW YORK NY 10018

e/f Employee's name, address, and ZIP code:
CHERYL ANN MCEWAN
158-04 130 AVENUE
ROCHDALE,NY 11434

b Employer's FED ID number: 13-1659629
d Employee's SSA number: 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
1 Wages, tips, other comp.: 76945.83
2 Federal income tax withheld: 5892.00
3 Social security wages: 79314.86
4 Social security tax withheld: 4917.52
5 Medicare wages and tips: 79314.86
6 Medicare tax withheld: 1150.07
7 Social security tips:
8 Allocated tips:
9 Advance EIC payment:
10 Dependent care benefits:
11 Nonqualified plans:
12a See instructions for box 12: D 2369.03
12b:
12c:
12d:
13 Stat emp / Ret. plan [X] / 3rd party sick pay
14 Other:
15 State: NY   Employer's state ID no.: 13-1659629
16 State wages, tips, etc.: 76945.83
17 State income tax: 3830.85
18 Local wages, tips, etc.: 76945.83
19 Local income tax: 2248.98
20 Locality name: NYC RES

---

**Federal Filing Copy**

Wages, tips, other comp.: 76945.83
Federal income tax withheld: 5892.00
Social security wages: 79314.86
Social security tax withheld: 4917.52
Medicare wages and tips: 79314.86
Medicare tax withheld: 1150.07
Control number: 001005 01/W&   Dept: 640000   Corp: A   Employer use only: 90
Employer's name, address, and ZIP code:
ROCKEFELLER FOUNDATION
420 5TH AVENUE
NEW YORK NY 10018
Employer's FED ID number: 13-1659629
Employee's SSA number: 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
Social security tips:
Allocated tips:
Advance EIC payment:
Dependent care benefits:
Nonqualified plans:
12a D 2369.03
Other:
13 Stat emp / Ret. plan [X] / 3rd party sick pay
Employee's name, address and ZIP code:
CHERYL ANN MCEWAN
158-04 130 AVENUE
ROCHDALE,NY 11434
State: NY   Employer's state ID no.: 13-1659629
State wages, tips, etc.: 76945.83
State income tax: 3830.85
Local wages, tips, etc.: 76945.83
Local income tax: 2248.98
Locality name: NYC RES

**NY State Filing Copy**

Wages, tips, other comp.: 76945.83
Federal income tax withheld: 5892.00
Social security wages: 79314.86
Social security tax withheld: 4917.52
Medicare wages and tips: 79314.86
Medicare tax withheld: 1150.07
Control number: 001005 01/W&   Dept: 640000   Corp: A   Employer use only: 90
Employer's name, address, and ZIP code:
ROCKEFELLER FOUNDATION
420 5TH AVENUE
NEW YORK NY 10018
Employer's FED ID number: 13-1659629
Employee's SSA number: 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
Social security tips:
Allocated tips:
Advance EIC payment:
Dependent care benefits:
Nonqualified plans:
12a D 2369.03
Other:
13 Stat emp / Ret. plan [X] / 3rd party sick pay
Employee's name, address and ZIP code:
CHERYL ANN MCEWAN
158-04 130 AVENUE
ROCHDALE,NY 11434
State: NY   Employer's state ID no.: 13-1659629
State wages, tips, etc.: 76945.83
State income tax: 3830.85
Local wages, tips, etc.: 76945.83
Local income tax: 2248.98
Locality name: NYC RES

**City or Local Filing Copy**

Wages, tips, other comp.: 76945.83
Federal income tax withheld: 5892.00
Social security wages: 79314.86
Social security tax withheld: 4917.52
Medicare wages and tips: 79314.86
Medicare tax withheld: 1150.07
Control number: 001005 01/W&   Dept: 640000   Corp: A   Employer use only: 90
Employer's name, address, and ZIP code:
ROCKEFELLER FOUNDATION
420 5TH AVENUE
NEW YORK NY 10018
Employer's FED ID number: 13-1659629
Employee's SSA number: 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
Social security tips:
Allocated tips:
Advance EIC payment:
Dependent care benefits:
Nonqualified plans:
12a D 2369.03
Other:
13 Stat emp / Ret. plan [X] / 3rd party sick pay
Employee's name, address and ZIP code:
CHERYL ANN MCEWAN
158-04 130 AVENUE
ROCHDALE,NY 11434
State: NY   Employer's state ID no.: 13-1659629
State wages, tips, etc.: 76945.83
State income tax: 3830.85
Local wages, tips, etc.: 76945.83
Local income tax: 2248.98
Locality name: NYC RES

## W-2 and EARNINGS SUMMARY — 2004

**Employee Reference Copy**
W-2 Wage and Tax Statement 2004

Control number: 001005 01/W&    Dept: 640000

Employer's name, address, and ZIP code:
ROCKEFELLER FOUNDATION
420 5TH AVENUE
NEW YORK NY 10018

Employee: CHERYL ANN MCEWAN
58-04 130 AVENUE
ROCHDALE, NY 11434

Employer's FED ID number: 13-1659629
Employee's SSA number: 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

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other comp. | 78944.88 |
| 2 | Federal income tax withheld | 7060.63 |
| 3 | Social security wages | 81298.72 |
| 4 | Social security tax withheld | 5040.52 |
| 5 | Medicare wages and tips | 81298.72 |
| 6 | Medicare tax withheld | 1178.83 |
| 12a | D | 2353.84 |
| 13 | Ret. plan | X |
| 15 | State / Employer's state ID no. | NY 13-1659629 |
| 16 | State wages, tips, etc. | 78944.88 |
| 17 | State income tax | 4071.86 |
| 18 | Local wages, tips, etc. | 78944.88 |
| 19 | Local income tax | 2389.57 |
| 20 | Locality name | NYC RES |

### Earnings Summary

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2004 pay stub plus any adjustments submitted by your employer.

| | Amount | | Amount |
|---|---|---|---|
| Gross Pay | 115466.40 | NY State Income Tax (Box 17 of W-2) | 4071.86 |
| Adj. Gross Income Tax Withheld (Box 2 of W-2) | | Local Income Tax (Box 19 of W-2) | 2389.57 |
| Medicare Tax Withheld (Box 6 of W-2) | 1178.83 | SUI/SDI (Box 14 of W-2) | |

2.

| | Wages, tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY State Wages, Tips, Etc. Box 16 of W-2 | NYC RES Local Wages, Tips, Etc. Box 18 of W-2 |
|---|---|---|---|---|---|
| Gross Pay | 115,466.40 | 115,466.40 | 115,466.40 | 115,466.40 | 115,466.40 |
| Less 401(k) (D-Box 12) | 2,353.84 | N/A | N/A | 2,353.84 | 2,353.84 |
| Less | | | | 34,167.68 | 34,167.68 |
| Reported W-2 Wages | 78,944.88 | 81,298.72 | 81,298.72 | 78,944.88 | 78,944.88 |

3. Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

CHERYL ANN MCEWAN
158-04 130 AVENUE
ROCHDALE, NY 11434

Social Security Number: 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
Taxable Marital Status: MARRIED
Exemptions/Allowances:
FEDERAL: 7
STATE: 7
LOCAL: 7

(REPORTING FOR THE YEAR 2004)

© 2005 AUTOMATIC DATA PROCESSING, INC.

--- Federal Filing Copy ---

Wages, tips, other comp.: 78944.88
Federal income tax withheld: 7060.63
Social security wages: 81298.72
Social security tax withheld: 5040.52
Medicare wages and tips: 81298.72
Medicare tax withheld: 1178.83
Control number: 01005 01/W&   Dept: 640000   A 115
Employer: ROCKEFELLER FOUNDATION, 420 5TH AVENUE, NEW YORK NY 10018
Employer's FED ID number: 13-1659629
Employee's SSA number: 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
12a D 2353.84
13 Ret. plan X
Employee: CHERYL ANN MCEWAN, 58-04 130 AVENUE, ROCHDALE, NY 11434
State: NY 13-1659629  State wages: 78944.88
State income tax: 4071.86  Local wages: 78944.88
Local income tax: 2389.57  Locality: NYC RES

--- NY State Filing Copy ---

Wages, tips, other comp.: 78944.88
Federal income tax withheld: 7060.63
Social security wages: 81298.72
Social security tax withheld: 5040.52
Medicare wages and tips: 81298.72
Medicare tax withheld: 1178.83
Control number: 001005 01/W&   Dept: 640000   A 115
Employer: ROCKEFELLER FOUNDATION, 420 5TH AVENUE, NEW YORK NY 10018
Employer's FED ID number: 13-1659629
Employee's SSA number: 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
12a D 2353.84
13 Ret. plan X
Employee: CHERYL ANN MCEWAN, 158-04 130 AVENUE, ROCHDALE, NY 11434
State: NY 13-1659629  State wages: 78944.88
State income tax: 4071.86  Local wages: 78944.88
Local income tax: 2389.57  Locality: NYC RES

--- City or Local Filing Copy ---

Wages, tips, other comp.: 78944.88
Federal income tax withheld: 7060.63
Social security wages: 81298.72
Social security tax withheld: 5040.52
Medicare wages and tips: 81298.72
Medicare tax withheld: 1178.83
Control number: 001005 01/W&   Dept: 640000
Employer: ROCKEFELLER FOUNDATION, 420 5TH AVENUE, NEW YORK NY 10018
Employer's FED ID number: 13-1659629
Employee's SSA number: 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
12a D 2353.84
Employee: CHERYL ANN MCEWAN, 158-04 130 AVENUE, ROCHDALE, NY 11434
State: NY 13-1659629  State wages: 78944.88
State income tax: 4071.86  Local wages: 78944.88
Local income tax: 2389.57  Locality: NYC RES

| a Control number | | | | |
|---|---|---|---|---|
| 001005 W& | Void ☐ | OMB No. 1545-0008 | | |

| b Employer identification number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| 13-1659629 | 72498.20 | 8968.00 |

| c Employer's name, address, and ZIP code | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| ROCKEFELLER FOUNDATION | 74760.75 | 4635.17 |
| 420 5TH AVENUE | 5 Medicare wages and tips | 6 Medicare tax withheld |
| NEW YORK NY 10018 | 74760.75 | 1084.03 |
| | 7 Social security tips | 8 Allocated tips |

| d Employee's social security number | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|
| 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 | | |

| e Employee's first name and initial    Last name | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|
| CHERYL ANN    MCEWAN | | D   2262.56 |
| 158-04 130 AVENUE | 13 Statutory Retirement Third-party | 12b |
| ROCHDALE, NY 11434 | employee plan ☐ sick pay ☐ ☒ | |
| | 14 Other | 12c |
| | | 12d |

| f Employee's address and ZIP code | | | | |
|---|---|---|---|---|
| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
| NY | 13-1659629 | 72498.20 | 3920.08 | 72498.20 | 2300.72 | NYC RES |

Form **W-2** Wage and Tax Statement    **2003**

Copy D For Employer.    Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see separate instructions.

| a Control number | 001005 W2 | Void ☐ | OMB No. 1545-0008 | | | |
|---|---|---|---|---|---|---|
| b Employer identification number | 13-1659629 | | | 640000 | 001005 | |
| c Employer's name, address, and ZIP code | ROCKEFELLER FOUNDATION<br>420 5TH AVENUE<br>NEW YORK NY 10018 | | 1 Wages, tips, other compensation<br>70836.44 | | 2 Federal income tax withheld<br>9752.58 | |
| | | | 3 Social security wages<br>73008.24 | | 4 Social security tax withheld<br>4526.51 | |
| | | | 5 Medicare wages and tips<br>73008.24 | | 6 Medicare tax withheld<br>1058.62 | |
| d Employee's social security number<br>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 | | | 7 Social security tips | | 8 Allocated tips | |
| e Employee's first name and initial   Last name<br>CHERYL ANN    MCEWAN<br>158-04 130 AVENUE<br>ROCHDALE, NY 11434 | | | 9 Advance EIC payment | | 10 Dependent care benefits | |
| | | | 11 Nonqualified plans | | 12a See instructions for box 12<br>D  2171.80 | |
| | | | 13 Statutory Retirement Third-party<br>employee plan ☒ sick pay | | 12b | |
| | | | 14 Other | | 12c | |
| | | | | | 12d | |
| f Employee's address and ZIP code | | | | | | |
| 15 State Employer's state ID number<br>NY   13-1659629 | 16 State wages, tips, etc.<br>70836.44 | 17 State income tax<br>3806.28 | 18 Local wages, tips, etc.<br>70836.44 | 19 Local income tax<br>2159.50 | 20 Locality name<br>NYC RES | |

Form **W-2** Wage and Tax Statement **2002**
(Rev. February 2002)

Copy D For Employer.

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see separate instructions.

| a Control number | 001005 CCG | Void ☐ | OMB No. 1545-0008 | CCG | 640000 | 001005 | | |
|---|---|---|---|---|---|---|---|---|
| b Employer identification number 13-1659629 | | | | 1 Wages, tips, other compensation 67423.68 | | 2 Federal income tax withheld 9736.92 | | |
| c Employer's name, address, and ZIP code ROCKEFELLER FOUNDATION 420 5TH AVENUE NEW YORK NY 10018 | | | | 3 Social security wages 69803.68 | | 4 Social security tax withheld 4327.83 | | |
| | | | | 5 Medicare wages and tips 69803.68 | | 6 Medicare tax withheld 1012.15 | | |
| | | | | 7 Social security tips | | 8 Allocated tips | | |
| d Employee's social security number 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 | | | | 9 Advance EIC payment | | 10 Dependent care benefits | | |
| e Employee's first name and initial   Last name CHERYL A MCEWAN 149-39 257TH STREET ROSEDALE NY 11422 | | | | 11 Nonqualified plans | | 12a See instructions for box 12 D  2380.00 | | |
| | | | | 13 Statutory employee ☐ Retirement plan ☒ Third-party sick pay ☐ | | 12b | | |
| | | | | 14 Other | | 12c | | |
| | | | | | | 12d | | |
| f Employee's address and ZIP code | | | | | | | | |
| 15 State  Employer's state ID number NY  13-1659629 | 16 State wages, tips, etc. 67423.68 | | 17 State income tax 3572.36 | 18 Local wages, tips, etc. 67423.68 | | 19 Local income tax 1963.46 | 20 Locality name NYC RES | |

Form **W-2** Wage and Tax Statement  2001

Copy D For Employer.

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see separate instructions.

| a Control number | | |
|---|---|---|
| 001005 CCG | Void ☐ | OMB No. 1545-0008 |

| b Employer identification number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| 13-1659629 | 64625.51 | 7781.11 |

| c Employer's name, address, and ZIP code | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| ROCKEFELLER FOUNDATION | 66878.62 | 4146.47 |
| 420 5TH AVENUE | 5 Medicare wages and tips | 6 Medicare tax withheld |
| NEW YORK NY 10018 | 66878.62 | 969.74 |
| | 7 Social security tips | 8 Allocated tips |

| d Employee's social security number | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|
| 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 | | |

| e Employee's name, address, and ZIP code | 11 Nonqualified plans | 12 Benefits included in box 1 |
|---|---|---|
| CHERYL ANN MCEWAN | | |
| 149-39 257TH STREET | 13 See instrs. for box 13 | 14 Other |
| ROSEDALE NY 11422 | D 2253.11 | |

| 15 Statutory employee ☐ | Deceased ☐ | Pension plan ☒ | Legal rep. ☐ | Deferred compensation ☒ |
|---|---|---|---|---|

| 16 State | Employer's state I.D. no. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| NY | 13-1659629 | 64625.51 | 3148.89 | NYC RES | 64625.51 | 1945.82 |

Form **W-2** Wage and Tax Statement **2000**

Copy D For Employer

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see separate instructions.

| a Control number | | | | |
|---|---|---|---|---|
| 001005 CCG | Void  OMB No. 1545-0008 | CCG  600000 | | 001005 |
| b Employer identification number | | | | |
| 13-1659629 | | | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
| | | | 53131.20 | 7280.79 |
| c Employer's name, address, and ZIP code | | | 3 Social security wages | 4 Social security tax withheld |
| ROCKEFELLER FOUNDATION | | | 55223.52 | 3423.86 |
| 420 FIFTH AVENUE | | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| NEW YORK NY 10018 | | | 55223.52 | 800.74 |
| | | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number | | | 9 Advance EIC payment | 10 Dependent care benefits |
| 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 | | | | |
| e Employee's name, address, and ZIP code | | | 11 Nonqualified plans | 12 Benefits included in box 1 |
| CHERYL ANN MCEWAN | | | | |
| 149-39 257TH STREET | | | 13 See instrs. for box 13 | 14 Other |
| ROSEDALE NY 11422 | | | D 2092.32 | |
| | | | 15 Statutory employee ☐  Deceased ☐  Pension plan ☒  Legal rep. ☐  Deferred compensation ☒ | |

| 16 State | Employer's state I.D. no. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| NY | | 53131.20 | 2443.62 | NYC RES | 53131.20 | 1547.51 |

Form **W-2** Wage and Tax Statement  **1999**

Copy D For Employer

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction
Act Notice, see separate instructions.

| a Control number | Void | OMB No. 1545-0008 | | |
|---|---|---|---|---|
| 001005 CCG | | CCG 600000 | | 001005 |
| b Employer's identification number | | 1 Wages, tips, other compensation | | 2 Federal income tax withheld |
| 13-1659629 | | 52491.12 | | 6490.57 |
| c Employer's name, address, and ZIP code | | 3 Social security wages | | 4 Social security tax withheld |
| ROCKEFELLER FOUNDATION | | 53550.17 | | 3320.11 |
| 420 FIFTH AVENUE | | 5 Medicare wages and tips | | 6 Medicare tax withheld |
| NEW YORK NY 10018 | | 53550.17 | | 776.48 |
| | | 7 Social security tips | | 8 Allocated tips |
| d Employee's social security number | | 9 Advance EIC payment | | 10 Dependent care benefits |
| 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 | | | | |
| e Employee's name, address, and ZIP code | | 11 Nonqualified plans | | 12 Benefits included in box 1 |
| CHERYL A ANCRUM | | 13 See instrs. for Form W-2 | | 14. Other |
| 149-39 257TH STREET | | D 1059.05 | | |
| ROSEDALE NY 11422 | | | | |
| | | 15 Statutory employee ☐  Deceased ☐  Pension plan ☒  Legal rep. ☐  Deferred compensation ☒ | | |

| 16 State | Employer's state I.D. no. | 17 State wages, tips, etc | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc | 21 Local income tax |
|---|---|---|---|---|---|---|
| NY | | 52491.12 | 2336.99 | NEW YORK | 52491.12 | 1632.80 |

Form **W-2** Wage and Tax Statement **1998**
Copy D For Employer

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.