UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
NATIONAL UNION FIRE INSURANCE COMPANY  :  Index No.: 07 CIV 7515
OF PITTSBURGH, PA, as subrogee and assignee of  :
THE ROCKEFELLER FOUNDATION,  :
:
            Plaintiff,  :
:
- against -  :
:
CHERYL McEWAN, ANTHONY McEWAN,  :
FRANK MELLI, PAUL SHUSTERMAN, LISA BAKER  :
and LACHO TERRAZAS,  :
:
           Defendants.  :
:
------------------------------------------------------------------x

## CIVIL ACTION - CERTIFICATION OF SERVICE

I, **Dayse Rodriguez,** am employed by the firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for **Plaintiff,** in the within matter.

On **January 3, 2008** I served true and accurate copies of the within **Rule 26 Disclosure** and this certification of service upon the following, in accordance with the Federal Rules of Civil Procedure and the electronic filing rules of the United States District Court, Southern District of New York:

    Cheryl McEwan
    *Defendant*
    DIN #: 07G0242
    Albion Correctional Facility
    3595 State School Road
    Albion, NY 14411-9399

Anthony McEwan
*Defendant*
Weston Community TLC
2262 Adam Clayton Powell Jr. Blvd, Apt. 5H
New York, NY 10030

Marc A. Lebowitz , Esq.
*Attorney for Defendant Paul Shusterman*
275 Madison Avenue, 36th Floor
New York, NY 10016

Todd D. Greenberg, Esq.
Addabbo & Greenberg
*Attorneys for Defendant Frank Melli*
118-21 Queens Blvd.
Suite 306
Forest Hills, NY 11375

Lacho Terrazas
*Defendant*
84-47 118th Street
Apt. 3B
Kew Gardens, NY 11415

Lisa Baker
*Defendant*
1334 SW 14th Street
Boca Raton, FL 33486-5305

I HEREBY CERTIFY that all of the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: January 3, 2008

Dayse Rodriguez