# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of NEW YORK

Index Number: 07 CIV 7515                                      Date Filed: _____

Plaintiff:
**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, ET AL**

vs.

Defendant:
**CHERYL MCEWAN, ET AL**

Received by Demovsky Lawyer Service to be served on **CHERYL MCEWAN, 3595 STATE SCHOOL RD, ALBION, NY 14411**.

I, Richard P Zicari, Constable, being duly sworn, depose and say that on the **11th day of January, 2008 at 10:40 am**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **SUMMONS AND COMPLAINT IN A CIVIL ACTION** with **G HOUSMAN** at **3595 STATE SCHOOL RD, ALBION, NY 14411**, the said premises being the respondent's place of **Abode** within the State of New York. Deponent completed service by mailing a true copy of the **SUMMONS AND COMPLAINT IN A CIVIL ACTION** in a postpaid envelope addressed to: **3595 STATE SCHOOL RD, ALBION, NY 14411** and bearing the words "Personal & Confidential" by First Class Mail on **1/12/2008** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** I asked the person spoken to whether the person served is in active military service of the United States or of the state of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the person served is not in military service of New York State or of the United States.

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 170, Hair: Brown, Glasses: N

Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

Subscribed and Sworn to before me on the 18th day of January, 2008 by the affiant who is personally known to me.

_____
Richard Zicari
Notary Public, Monroe Count
State of New York
My Commission expires 2/27/2011

William Robinson
Notary Public, Monroe Count
State of New York
My Commission expires 4/25/2009

_____
Richard P Zicari, Constable
Process Server

Demovsky Lawyer Service
401 Braodway
Suite 510
New York, NY 10013
(212) 925-1220
Our Job Serial Number: 2008000017

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9k