# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of NEW YORK

Index Number: 07 CIV 7515                                                                                                    Date Filed: _____

Plaintiff:
**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, ET AL**
vs.
Defendant:
**CHERYL MCEWAN, ET AL**

Received by Demovsky Lawyer Service to be served on **CHERYL MCEWAN, 3595 STATE SCHOOL RD, ALBION, NY 14411**. I, Bonnie Elsenheimer, being duly sworn, depose and say that on the 15th day of January, 2008 at 12:50 pm., executed service by delivering a true copy of the **SUMMONS AND COMPLAINT IN A CIVIL ACTION** in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

( ) AFFIXING TO DOOR: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) MAILING: Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known address of_____
Date of Mailing:_____.

( ) SERVICE ON A CORPORATION / LLC : by delivering thereat a true copy of each to _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Service: Yes ( ) No (X)

**COMMENTS:** _____

Age 52   Sex M F   Race black   Height 6'1"   Weight 180   Hair brown   Glasses Y N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 5th day of January, 2008 by the affiant who is personally known to me.

_Julie E. Sakach_
NOTARY PUBLIC

JULIE E. SAKACH
Notary Public, State of New York
Qualified in Niagara County
My Commission Expires 2/28/2010

_Bonnie Elsenheimer_
Bonnie Elsenheimer, Clerk II
PROCESS SERVER # _____
Appointed in accordance
with State Statutes

Demovsky Lawyer Service
401 Broadway
Suite 510
New York, NY 10013
(212) 925-1220
Our Job Serial Number: 2008000017