# McElroy, Deutsch, Mulvaney & Carpenter, LLP
### ATTORNEYS AT LAW

88 Pine Street
24th Floor
New York, New York 10005
(212) 483 9490
FACSIMILE (212) 483 9129

BRIAN W. KEATTS
bkeatts@mdmc-law.com

December 18, 2007

**VIA OVERNIGHT MAIL**

Magistrate Judge Andrew Peck
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1370
New York, NY 10007

    Re:    National Union Fire Insurance Company v. McEwan, et al.
             Index No.:    07 CIV 7515

Dear Magistrate Judge Peck:

    We represent the plaintiff in the above-referenced matter. Pursuant to your directive issued during the court conference held on November 30, 2007, please allow the within to serve as the "letter brief" requested regarding diversity jurisdiction.

    The plaintiff in this action is National Union Fire Insurance Company of Pittsburgh, PA ("National Union"). National Union brings this action as subrogee and assignee of The Rockefeller Foundation ("Rockefeller"). It is the citizenship of National Union, as subrogee, which is controlling when evaluating whether diversity jurisdiction exists (*Matter of the Complaint of Kreta Shipping, S.A., as Owner of M/V Amphion, for Exoneration from Limitation on Liability* (S.D.N.Y. 1997). National Union and Rockefeller are both incorporated and maintain a primary place of business in the State of New York. However, defendant Lisa Baker is believed to be a resident of Florida. As such, it is Ms. Baker's residency that serves as the basis for the plaintiff's assertion that venue in the instant Court is proper pursuant to 28 U.S.C. § 1332.

    However, diversity is not the only basis upon which this Court is afforded jurisdiction. The plaintiff has asserted a RICO cause of action pursuant to 18 U.S.C.A. § 1962 against all defendants. As such, jurisdiction in the instant court is proper pursuant to 28 U.S.C. § 1331, regardless of whether diversity jurisdiction exists or not.

# McElroy, Deutsch, Mulvaney & Carpenter LLP

Our File No. A0014-1217
Page 2

      We trust the foregoing is satisfactory to the court. We will be happy to provide any further information that the Court may deem necessary. We also take this opportunity to provide you with a courtesy copy of the Amended Complaint.

      Thank you for your consideration.

Very truly yours,

McElroy, Deutsch, Mulvaney & Carpenter, LLP

Brian W. Keatts

Encl.

cc:    Anthony McEwan (via overnight mail with encl.)
       Weston Community TLC
       *Defendant*
       2262 Adam Clayton Powell Jr. Blvd, Apt. 5H
       New York, NY 10030

       Cheryl McEwan (via overnight mail w/ encl.)
       DIN #: 07G0242
       Albion Correctional Facility
       *Defendant*
       3595 State School Road
       Albion, NY 14411-9399

       Marc A. Lebowitz, Esq. (via overnight mail w/ encl.)
       *Attorney for Defendant Paul Shusterman*
       275 Madison Avenue, 36th Floor
       New York, NY 10016

       Todd D. Greenberg, Esq. (via overnight mail w/ encl.)
       Addabbo & Greenberg
       *Attorneys for Defendant Frank Melli*
       118-21 Queens Blvd.
       Suite 306
       Forest Hills, NY 11375

# McElroy, Deutsch, Mulvaney & Carpenter LLP

Our File No. A0014-1217
Page 3

>   Lacho Terrazas (via overnight mail w/ encl.)
>   *Defendant*
>   84-47 118th Street
>   Apt. 3B
>   Kew Gardens, NY 11415
>
>   Lisa Baker (via overnight mail w/ encl.)
>   *Defendant*
>   1334 SW 14th Street
>   Boca Raton, FL 33486-5305

**FedEx Express — US Airbill**

FedEx Tracking Number: 8641 8591 6270

**1 From**
Date: 12/18/07
Sender's Name: BRIAN KEATTS
Sender's FedEx Account Number: 2440-6611-9
Company: MCELROY DEUTSCH MULVANEY & CAR
Phone: (212) 483-9490
Address: 88 PINE ST FL 24
City: NEW YORK    State: NY    ZIP: 10005-1801

**2 Your Internal Billing Reference**
A0014-1217

**3 To**
Recipient's Name: Anthony McEwan
Company: Weston Community TLC
Recipient's Address: 2262 Adam Clayton Powell Jr. Blvd.
Apt. 5H
City: New York    State: NY    ZIP: 10030

0372420118

**4a Express Package Service** — Sender's Copy — H32
- FedEx Priority Overnight (checked)
- FedEx Standard Overnight
- FedEx First Overnight
- FedEx 2Day
- FedEx Express Saver

**4b Express Freight Service**
- FedEx 1Day Freight
- FedEx 2Day Freight
- FedEx 3Day Freight

**5 Packaging**
- FedEx Envelope
- FedEx Pak
- FedEx Box
- FedEx Tube
- Other

**6 Special Handling**
- SATURDAY Delivery
- HOLD Weekday at FedEx Location
- HOLD Saturday at FedEx Location
- Dangerous goods: No / Yes / Dry Ice / Cargo Aircraft Only

**7 Payment** Bill to: Sender (checked) / Recipient / Third Party / Credit Card / Cash/Check

Total Packages    Total Weight    Total Declared Value $ .00

**8 Residential Delivery Signature Options**
- No Signature Required
- Direct Signature
- Indirect Signature

519

0215

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.

Store your addresses at fedex.com