AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

National Union Fire Insurance Company of
Pittsburgh, PA as subrogee and assignee of The
Rockefeller Foundation

V.

Anthony McEwan, Frank Melli, Paul Shusterman,
Lisa Baker and Lacho Terrazas

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 7515**

**JUDGE JONES**

TO: (Name and address of Defendant)

Anthony McEwan: 150-13 109th Avenue in Queens, New York 11433
Frank Melli: 86-02 Park Lane South, 6B5, in Woodhaven, New York 11421
Paul Shusterman: 625 Hudson Terrace, in Cliffside Park, New Jersey 07010
Lisa Baker: 1334 SW 14th Street, Boca Raton, Florida 33486-5303
Lacho Terrazas: 8447 118th Street, 3B, Kew Gardens, New York 11415-2924

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

McElroy, Deutsch, Mulvaney & Carpenter, LLP
88 Pine Street, 24th Floor
New York, NY 10005

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

AUG 2 4 2007

J. MICHAEL McMAHON

CLERK                                        DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                             *Signature of Server*

                               _____
                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.