Client: DLS, INC.

Index No.: 07 CIV 7515
Date Purchased:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA as subrogee and
assignee of The Rockefeller
Foundation,

       Plaintiff/Petitioner          AFFIDAVIT OF SERVICE

  -against-

ANTHONY McEWAN, FRANK MELLI,
et al.,
      Defendant/Respondent
---------------------------------------x



STATE OF NY, COUNTY OF Sullivan   SS.: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 21 years of age and resides in the State of NY.

That on 9/5/07 at 1:05 PM., at Woodbourne Correctional Facility deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT on ANTHONY MCEWAN defendant therein named,

XXX
Individual  by delivering a true copy of each to said recepient personally; deponent knew the person so served to be the person described as said recepient therein.
At the time of service, deponent asked whether defendant is in active military service for the United States of America or for the State in any capacity whatever and received a negative reply.

XXX
Desc.   Age: 47      Weight: 210     Height: 5'11
      Skin: Black    Hair: Blk/Gray    Sex m
      Other Identifying Features:

Sworn to before me this
5th day of September 2007

    Rhonda Fox                         Amanda Smith, Clerk II

**RHONDA FOX**
Notary Public, State of New York
Sullivan County Clerk's #2433
Commission Expires July 14, 2011

**Service of Process:**

1:07-cv-07515-BSJ National Union Fire Insurance Company of Pittsburg, PA v. McEwan et al

ECF

# U.S. District Court

## United States District Court for the Southern District of New York

### Notice of Electronic Filing

The following transaction was entered by Keatts, Brian on 9/13/2007 at 2:15 PM EDT and filed on 9/13/2007

**Case Name:** National Union Fire Insurance Company of Pittsburg, PA v. McEwan et al
**Case Number:** 1:07-cv-7515
**Filer:** National Union Fire Insurance Company of Pittsburg, PA
**Document Number:** 3

**Docket Text:**
AFFIDAVIT OF SERVICE. Anthony McEwan served on 9/5/2007, answer due 9/25/2007. Service was accepted by Anthony McEwan, Defendant. Document filed by National Union Fire Insurance Company of Pittsburg, PA. (Keatts, Brian)

**1:07-cv-7515 Notice has been electronically mailed to:**

Richard Scott Mills    rmills@mdmc-law.com

**1:07-cv-7515 Notice has been delivered by other means to:**

Brian W. Keatts
McElroy, DeUtsch, Mulvaney & Carpenter, LLP
88 Pine Street
24th Floor
New York, NY 10005

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=9/13/2007] [FileNumber=3790495-0
] [9935e76ec6ac3467270ee2d374e8d41e6896b9d9f01fcc2453ad5ed17a342a5cdac
f8070b58998fdeb9d99fc0660db9db039175874bad8c16460dc059c7d1a7b]]