AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

National Union Fire Insurance Company
of Pittsburgh, PA as subrogee and assignee
of The Rockefeller Foundation

**SUMMONS IN A CIVIL ACTION**

V.

Cheryl McEwan, Anthony McEwan, Frank Melli,
Paul Shusterman, Lisa Baker and Lacho Terrazas

CASE NUMBER:  07 CIV 7515

TO: (Name and address of Defendant)

Cheryl McEwan: Albion Correctional Facility, 3595 State School Road, Albion, NY 14411-9399
Anthony McEwan: Weston Community TLC, 2262 Adam Clayton Powell Jr. Blvd., Apt 5H, NY, NY 10030
Frank Melli c/o Todd D. Greenberg, Esq., 118-21 Queens Blvd., Suite 306, Forest Hills, NY 1137!
Paul Shusterman c/o Marc A. Lebowitz, Esq., 275 Madison Ave., 36th Fl., New York, NY 10016
Lisa Baker: 1334 SW 14th Street, Boca Raton, FL 33486-5303
Lacho Terrazas: 8447 118th Street, 3B, Kew Gardens, NY 11415-2924

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

McElroy, Deutsch, Mulvaney & Carpenter, LLP
88 Pine Street, 24th Floor
New York, NY 10005

an answer to the complaint which is served on you with this summons, within ___ 30 ___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

DEC 1 8 2007

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                        Date                                    *Signature of Server*


                                            _____
                                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.