**Service of Process:**

1:07-cv-07515-BSJ-AJP National Union Fire Insurance Company of Pittsburg, PA v. McEwan et al

CASREF, ECF

### U.S. District Court

### United States District Court for the Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Keatts, Brian on 2/13/2008 at 3:55 PM EST and filed on 2/13/2008

**Case Name:** National Union Fire Insurance Company of Pittsburg, PA v. McEwan et al
**Case Number:** 1:07-cv-7515
**Filer:** National Union Fire Insurance Company of Pittsburg, PA
**Document Number:** 26

**Docket Text:**
**AFFIDAVIT OF SERVICE of Summons and Amended Complaint,. Anthony McEwan served on 12/18/2007, answer due 1/7/2008. Service was made by MAIL. Document filed by National Union Fire Insurance Company of Pittsburg, PA. (Keatts, Brian)**

**1:07-cv-7515 Notice has been electronically mailed to:**

Todd D. Greenberg      todd@queenslaw.com

Richard Scott Mills    rmills@mdmc-law.com

**1:07-cv-7515 Notice has been delivered by other means to:**

Brian W. Keatts
McElroy, DeUtsch, Mulvaney & Carpenter, LLP
88 Pine Street
24th Floor
New York, NY 10005

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=2/13/2008] [FileNumber=4268037-0

] [7115d9c5c07f40806de31890c8b1755a689d2029f6eaadd2d7b6cc12a875a974ffc
24833429ee799da830598c24e41de5fa2c341701ec6485ee5b2fe0b828c56]]

# MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
### ATTORNEYS AT LAW

88 Pine Street
24th Floor
New York, New York 10005
(212) 483 9490
FACSIMILE (212) 483 9129

BRIAN W. KEATTS
bkeatts@mdmc-law.com

December 18, 2007

**VIA OVERNIGHT MAIL**

Magistrate Judge Andrew Peck
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1370
New York, NY 10007

      Re:    National Union Fire Insurance Company v. McEwan, et al.
             Index No.:   07 CIV 7515

Dear Magistrate Judge Peck:

      We represent the plaintiff in the above-referenced matter. Pursuant to your directive issued during the court conference held on November 30, 2007, please allow the within to serve as the "letter brief" requested regarding diversity jurisdiction.

      The plaintiff in this action is National Union Fire Insurance Company of Pittsburgh, PA ("National Union"). National Union brings this action as subrogee and assignee of The Rockefeller Foundation ("Rockefeller"). It is the citizenship of National Union, as subrogee, which is controlling when evaluating whether diversity jurisdiction exists (*Matter of the Complaint of Kreta Shipping, S.A., as Owner of M/V Amphion, for Exoneration from Limitation on Liability* (S.D.N.Y. 1997). National Union and Rockefeller are both incorporated and maintain a primary place of business in the State of New York. However, defendant Lisa Baker is believed to be a resident of Florida. As such, it is Ms. Baker's residency that serves as the basis for the plaintiff's assertion that venue in the instant Court is proper pursuant to 28 U.S.C. § 1332.

      However, diversity is not the only basis upon which this Court is afforded jurisdiction. The plaintiff has asserted a RICO cause of action pursuant to 18 U.S.C.A. § 1962 against all defendants. As such, jurisdiction in the instant court is proper pursuant to 28 U.S.C. § 1331, regardless of whether diversity jurisdiction exists or not.

NEWARK, NEW JERSEY    RIDGEWOOD, NEW JERSEY    MORRISTOWN, NEW JERSEY    DENVER, COLORADO    PHILADELPHIA, PENNSYLVANIA

# McElroy, Deutsch, Mulvaney & Carpenter LLP

Our File No. A0014-1217
Page 2

    We trust the foregoing is satisfactory to the court. We will be happy to provide any further information that the Court may deem necessary. We also take this opportunity to provide you with a courtesy copy of the Amended Complaint.

    Thank you for your consideration.

Very truly yours,

McElroy, Deutsch, Mulvaney & Carpenter, LLP

Brian W. Keatts

Encl.

cc:   Anthony McEwan (via overnight mail with encl.)
      Weston Community TLC
      *Defendant*
      2262 Adam Clayton Powell Jr. Blvd, Apt. 5H
      New York, NY 10030

      Cheryl McEwan (via overnight mail w/ encl.)
      DIN #: 07G0242
      Albion Correctional Facility
      *Defendant*
      3595 State School Road
      Albion, NY 14411-9399

      Marc A. Lebowitz, Esq. (via overnight mail w/ encl.)
      *Attorney for Defendant Paul Shusterman*
      275 Madison Avenue, 36th Floor
      New York, NY 10016

      Todd D. Greenberg, Esq. (via overnight mail w/ encl.)
      Addabbo & Greenberg
      *Attorneys for Defendant Frank Melli*
      118-21 Queens Blvd.
      Suite 306
      Forest Hills, NY 11375

# McElroy, Deutsch, Mulvaney & Carpenter LLP

Our File No. A0014-1217
Page 3

    Lacho Terrazas (via overnight mail w/ encl.)
    *Defendant*
    84-47 118th Street
    Apt. 3B
    Kew Gardens, NY 11415

    Lisa Baker (via overnight mail w/ encl.)
    *Defendant*
    1334 SW 14th Street
    Boca Raton, FL 33486-5305

# FedEx US Airbill

FedEx Tracking Number: 8641 8591 6270

**1 From**
- Date: 12/18/07
- Sender's Name: BRIAN KEATTS
- Sender's FedEx Account Number: 2440-6611-9
- Company: MCELROY DEUTSCH MULVANEY & CAR
- Phone: (212) 483-9490
- Address: 88 PINE ST FL 24
- City: NEW YORK   State: NY   ZIP: 10005-1801

**2 Your Internal Billing Reference**
A0014-1217

**3 To**
- Recipient's Name: Anthony McEwan
- Phone: ( )
- Company: Weston Community TLC
- Address: 2262 Adam Clayton Powell Jr. Blvd.
- Apt. 5H
- City: New York   State: NY   ZIP: 10030

037242011B

**4a Express Package Service**
- FedEx Priority Overnight
- FedEx Standard Overnight
- FedEx First Overnight
- FedEx 2Day
- FedEx Express Saver

**4b Express Freight Service**
- FedEx 1Day Freight
- FedEx 2Day Freight
- FedEx 3Day Freight

**5 Packaging**
- FedEx Envelope
- FedEx Pak
- FedEx Box
- FedEx Tube
- Other

**6 Special Handling**
- SATURDAY Delivery
- HOLD Weekday at FedEx Location
- HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
- No
- Yes (Shipper's Declaration not required)
- Yes (As per attached Shipper's Declaration)
- Dry Ice

**7 Payment** Bill to:
- Sender
- Recipient
- Third Party
- Credit Card
- Cash/Check

Total Packages: _____   Total Weight: _____   Total Declared Value: $_____ .00

**8 Residential Delivery Signature Options**
- No Signature Required
- Direct Signature
- Indirect Signature

519

Sender's Copy