## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     : SS.:
COUNTY OF NEW YORK   )

Dayse Rodriguez, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age, and resides in Brooklyn, New York.

On the 13th day of February, 2008 deponent served the within: **Request to Certify Default of Defendant Anthony McEwan** on:

Anthony McEwan
*Defendant*
Weston Community TLC
2262 Adam Clayton Powell Jr. Blvd, Apt. 5H
New York, NY 10030
*Via Certified Mail*

by depositing a true copy of same, enclosed in a post-paid properly addressed wrapper, by Certified Mail – Return Receipt Requested - at a post office or mail depository under the exclusive care and custody of the United States Postal Service.

_____
Dayse Rodriguez

Sworn to before me this
13th day of February, 2008

_____
Notary Public

MARI GRACE E. SACRO
Notary Public, State of New York
No. 02SA6078614
Qualified in New York County
My Commission Expires 8/5/2010