UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA, as subrogee and assignee of
THE ROCKEFELLER FOUNDATION,

    Plaintiff,

- against -

CHERYL McEWAN, ANTHONY McEWAN,
FRANK MELLI, PAUL SHUSTERMAN, LISA BAKER
and LACHO TERRAZAS,

    Defendants.

------------------------------------------------------------------x

Index No.: 07 CIV 7515 (BSJ)

**NOTICE OF VOLUNTARY DISMISSAL**



SIRS:

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff National Union Fire Insurance Company of Pittsburgh, PA, as subrogee and assignee of The Rockefeller Foundation ("National Union"), by its attorneys McElroy, Deutsch, Mulvaney & Carpenter, LLP, voluntarily dismisses the complaint and amended complaint as against defendant Lisa Baker:

Dated: February 13, 2008
    New York, NY

        Respectfully,
        MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

        By _____
        Richard S. Mills (RM 0206)
        Brian W. Keatts (BK2000)
        *Attorneys for Plaintiff*
        88 Pine Street, 24th Floor
        New York, NY 10005
        (212) 483-9490

_____
U.S.D.J.
2/14/08