

To: Judge Andrew J. Peck
From: Anthony McEwan
Subject: Time Extension Request
Date: 2/11/08

Your Honor,

I am respectfully requesting a time extension in regards to the civil case docket No.07 Civ. 7515 so that I can prepare paperwork and possibly find a lawyer through the Legal Aid Society or request one Pro Bono through the court. I have no legal background and I did not understand the processes involved with answering a complaint. I was just recently advised of the processes and I am trying to act on them right now. I was present in the court building at the last court conference but I got lost and arrived late and the conference was completed. I am trying to avoid a default judgment against myself and I am hoping you will understand to my situation. I was just recently released from prison and presently reside in a transitional shelter. I am also on public assistance and I have no other income. Hopefully I will be able to find a lawyer to help me address this situation but until then I will be forced to handle the case Pro Se. This will take some time for me to figure out what papers to file and submit the proper papers accordingly. I hope this request is acceptable to the court and is allowed. I will try to file all papers and motions in a timely manner. Any advice would be appreciated.

Thank You

*[signature]*
Anthony McEwan

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/25/08

07 Civ. 7515 (BSJ)(AJP)

**MEMO ENDORSED** 2/25/08

1. Plaintiff's motion for a default judgment will be held in abeyance.

2. Mr. McEwan's time to answer the complaint is extended to 3/14/08. No further extensions will be granted, and if no answer is filed, a default will be entered.

3. The Court will not appoint counsel for Mr. McEwan [may cut out]. *[illegible]*

SO ORDERED:

*[signature]*
Hon. Andrew Jay Peck
United States Magistrate Judge

BY FAX

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

National Fire Insurance Co of Pittsburgh PA
As Subrogor Assignee of Rockefeller Corporation
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

07 Civ. 7515 ( ) ( )

- against -

Anthony McEwan Cheryl McEwan Frank McD.
Paul Shustermankish Baker & Lodu
tarAZAS
_____

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Anthony McEwan, declare under penalty of perjury that I have served a copy of the attached Request for Time Extension
*(document you are serving)*

upon Brian W Kenths whose address is 55 Pine St
*(name of person served)*

24th Floor NY NY 10005 (212) 483-9490
*(where you served document)*

by Personal Delivery
*(how you served document: For example, personal delivery, mail, overnight express, etc.)*

Dated: New York, NY
       *(town/city)*  *(state)*

Feb  11, 2008
*(month) (day) (year)*

Signature: [signed] Anthony McEc

Address: 2262 5th Av #5H

City, State: NY NY

Zip Code: 10030

Telephone Number: 646 275 4533

Rev. 05/2007

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:         (212) 805-7933
Telephone No.:   (212) 805-0036

Dated: **February 25, 2008**           Total Number of Pages: **3**

| TO | FAX NUMBER |
|---|---|
| Brian W. Keatts, Esq.<br>Richard S. Mills, Esq. | 212-483-9129 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 2/25/08**

1. Plaintiff's motion for a default judgment will be held in abeyance.

2. Mr. McEwan's time to answer the complaint is extended to **3/14/08**. No further extensions will be granted, and if no answer is filed, a default judgment will be entered.

3. The Court will not appoint counsel for Mr. McEwan.

Copies to:   Anthony McEwan (Regular & Certified Mail)
             Judge Barbara S. Jones