```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

NATIONAL UNION FIRE INSURANCE          :
COMPANY OF PITTSBURG, PA, et al.,
                                       :    07 Civ. 7515 (BSJ) (AJP)
            Plaintiff,
                                       :    ORDER
      -against-
                                       :
CHERYL McEWAN & ANTHONY McEWAN,
                                       :
            Defendants.
                                       :
------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 2/29/08

**ANDREW J. PECK, United States Magistrate Judge:**

1. Defendant Anthony McEwan's motion for appointment of counsel (Dkt. No. 30) is DENIED. (See also my 2/25/08 Memo Endorsed Order, Dkt. No. 29.)

2. Defendant Anthony McEwan's "Motion to Dismiss Default Judgment" (Dkt. No. 31) (erroneously docketed as a motion by Cheryl McEwan) is GRANTED, as more fully set forth in my 2/25/08 Memo Endorsed Order (Dkt. No. 29).

3. A status/settlement conference will be held on March 18, 2008 at 2:30 p.m. in Courtroom 20D (500 Pearl Street).

SO ORDERED.

Dated:   New York, New York
         February 29, 2008

                                    _____
                                    Andrew J. Peck
                                    United States Magistrate Judge

Copies to:   Brian W. Keatts, Esq. (Fax)
             Richard S. Mills, Esq. (Fax)
             Anthony McEwan (Regular & Certified Mail)
             Judge Barbara S. Jones

C:\OPIN\

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:         (212) 805-7933
Telephone No.:   (212) 805-0036

**Dated:**  February 29, 2008                      **Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| Brian W. Keatts, Esq.<br>Richard S. Mills, Esq. | 212-483-9129 |
|  |  |