UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NATIONAL UNION FIRE INSURANCE COMPANY :
OF PITTSBURG, PA, as subrogee and assignee of The
Rockefeller Foundation,                                              :

          Plaintiff,                     :       07 Civ. 7515 (BSJ) (AJP)

          -against-                     :       **CIVIL JUDGMENT**

CHERYL McEWAN, ANTHONY McEWAN, FRANK :
MELLI, PAUL SHUSTERMAN, LISA BAKER &
LACHO TERRAZAS,                                                      :

          Defendants.                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08

**ANDREW J. PECK, United States Magistrate Judge:**

        WHEREAS plaintiff National Union Fire Insurance Company previously has reached settlement agreements with defendants Frank Melli, Paul Shusterman, Lisa Baker and Lacho Terrazas, and

        WHEREAS National Union has now reached a settlement agreement with defendant Anthony McEwan on behalf of himself and his wife, defendant Cheryl McEwan, and National Union and Mr. McEwan have agreed to entry of judgment pursuant to 28 U.S.C. § 636(c) (see 3/20/08 Conference Transcript),

C:\OPIN\

2

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that National Union's claims against defendant Cheryl McEwan (who has not yet answered the complaint) are dismissed without prejudice and without costs, and it is further

ORDERED, ADJUDGED AND DECREED that judgment is entered for plaintiff National Union Fire Insurance Company of Pittsburg, PA against defendant Anthony McEwan for $150,000 (one hundred fifty thousand dollars).

The Clerk of Court shall mark this case as closed.

**Dated:**    New York, New York
March 20, 2008

**Approved:**    March 20, 2008    J. Michael McMahon
Clerk of Court

By: _____
Deputy Clerk

_____
**Hon. Andrew J. Peck**
United States Magistrate Judge
Southern District of New York

This document was entered on the docket on _____.

Copies **by fax & ECF** to:    Brian W. Keatts, Esq.
Richard S. Mills, Esq.
Anthony McEwan (Regular & Certified Mail)
Judge Barbara S. Jones

C:\OPIN\

\*\* Transmit Confirmation Report \*\*

P.1
HON ANDREW J PECK SDNY Fax:212-805-7933                Mar 20 2008 12:27pm

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 912124839129 | Normal | 20, 12:27pm | 0'24" | 3 | # O K | |

# FAX TRANSMITTAL SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:      (212) 805-7933
Telephone No.: (212) 805-0036

Dated: __March 20, 2008__                Total Number of Pages: __3__

| TO | FAX NUMBER |
|---|---|
| Brian W. Keatts, Esq.<br>Richard S. Mills, Esq. | 212-483-9129 |
| | |